| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____    Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NexxLinx Corporation, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FKA  CustomerLinx Corp.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **52-2114061** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA 30305**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **NexxLinx Corporation, Inc.**_____    Case number (*if known*)_____
      Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**_____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor   **NexxLinx Corporation, Inc.**_____   Case number (*if known*)_____
         Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  __NexxLinx Corporation, Inc.__                    Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June 28, 2016__
              MM / DD / YYYY

X  __/s/ D. Alan Quarterman__                         __D. Alan Quarterman__
   Signature of authorized representative of debtor    Printed name

Title   **CEO**

**18. Signature of attorney**

X  __/s/ Ashley Reynolds Ray__                        Date  __June 28, 2016__
   Signature of attorney for debtor                         MM / DD / YYYY

**Ashley Reynolds Ray**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone  **404-893-3880**     Email address  **centralstation@swlawfirm.com**

**601559**
Bar number and State

ATTACHMENT TO VOLUNTARY PETITION

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | | Name of Debtor(s):<br>NexxLinx Corporation, Inc. |
|---|---|---|
| **Name of Debtor:**<br>CustomerLinx of North Carolina, Inc. | **Case Number:** | **Date Filed:**<br>June 28, 2016 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>Microdyne Outsourcing, Inc. | **Case Number:** | **Date Filed:**<br>June 28, 2016 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>NexxLinx Global, Inc. | **Case Number:** | **Date Filed:**<br>June 28, 2016 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>NexxLinx of New York, Inc. | **Case Number:** | **Date Filed:**<br>June 28, 2016 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>NexxLinx of Texas, Inc. | **Case Number:** | **Date Filed:**<br>June 28, 2016 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |

## CERTIFIED COPY OF RESOLUTIONS
## OF THE BOARD OF DIRECTORS
## OF NEXXLINX CORPORATION, INC.

### JUNE 24, 2016

This is to certify that, at an emergency meeting of the Board of Directors (the "Board") of Nexxlinx Corporation, Inc., a Delaware corporation (the "Company"), conducted on June 24, 2016, at which a quorum was present, the following resolutions were duly adopted:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that Alan Quarterman, the Company's Chief Executive Officer, and each and every other officer of the Company and their designees (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as attorneys for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code and to pay to Scroggins & Williamson, P.C. reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that the firm of GGG Partners, LLC, with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as financial consultants for the Company under a general retainer in connection with the Company's case under chapter 11 of the Code and to pay to GGG Partners, LLC reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Company, and the Company is hereby authorized, to incur post-petition secured and super-priority indebtedness in an amount determined to be necessary or advisable by either such Authorized Officers, and each such Authorized Officer or designate is hereby authorized to negotiate, execute and deliver definitive loan documentation evidencing such indebtedness (the "Post-Petition Credit Agreement"), and the Company is authorized to perform all of the obligations and agreements of the "Borrower" thereunder (including the repayment of any amount owing thereunder) and to consummate the transactions contemplated thereby, and each such Authorized Officer or designate is hereby authorized to negotiate, make, sign, execute, acknowledge, deliver and perform any and all such other instruments and agreements which they deem necessary, proper and desirable in connection therewith, including (without limitation) a security agreement and pledge agreement, pursuant to which all of the assets of the Company will be pledged to the lenders as collateral under the Post-Petition Credit Agreement, in each case, in such forms and with such changes, modifications or additions thereto as the executing Authorized Officer or designate shall approve in his or her sole discretion (such approval to be conclusively evidenced by the execution of the Post-Petition Credit Agreement and such other instruments and agreements);

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company additional financial advisors, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

Said Resolution is still of full force and effect.

By: _____
Name  D. Alan Quarterman
Title:  CEO
Dated: June 24, 2016

Case 16-61225-pmb    Doc 1    Filed 06/28/16    Entered 06/28/16 16:21:42    Desc Main
Document    Page 8 of 14

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **NexxLinx Corporation, Inc.** | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/28/2016**    X /s/ D. Alan Quarterman
Signature of individual signing on behalf of debtor

**D. Alan Quarterman**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **NexxLinx Corporation, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Contact Solutions LLC<br>Access National Bank FBO<br>PO Box 221374<br>Chantilly, VA 20151 | c/o Raymond DiCamillo<br>Richards, Layton & Finger, PA<br>dicamillo@rlf.com<br>Tel: 302-651-7700 | Trade Debt and Lawsuit | Contingent<br>Disputed<br>Unliquidated | | | $1,411,793.70 |
| Vialinx, SA<br>Zona Franca America<br>Edificio C-7, 3er Piso<br>San Francisco de Heredia, CR 40103 | Scott Kincer<br>scott.kincer@vialinx.com<br>Tel: 506-405-1400 | Trade Debt | Disputed<br>Unliquidated | | | $776,223.50 |
| TPP 204 Northview, LLC<br>8911 N. Capital of Texas Hwy.<br>Building 1, Suite 1100<br>Austin, TX 78759 | c/o Jeremy Brewer<br>Richie & Gueringer PC<br>jbrewer@rg-sanantonio.com<br>Tel: 210-220-1080 | Rent | | | | $659,910.53 |
| CenturyLink<br>665 Lexington Ave<br>Mansfield, OH 44907 | Lila Mears<br>lila.mears@centurylink.com<br>Tel: 701-333-1218<br>Fax: 877-266-9810 | Trade Debt | Unliquidated | | | $656,690.77 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>401 W. Peachtree Street, NW<br>Stop 334-D<br>Atlanta, GA 30308 | Tax | Contingent<br>Disputed<br>Unliquidated | | | $500,000.00 |
| Offshore Solutions, LLC<br>4102 S 1900 W<br>Roy, UT 84067 | Paul Lijenguist<br>paul.lijenguist@focusservices.com<br>Tel: 801-393-1635 | Trade Debt | | | | $464,381.27 |

Debtor  **NexxLinx Corporation, Inc.**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Holzthum, Karl<br>11 Riddle Hill Road<br>Falmouth, MA 02540 | c/o John Porter<br>Smiley Bishop &<br>Porter LLP<br>jporter@sbpllplaw.com<br>Tel: 770-829-3850 | Lawsuit - Loan | Contingent<br>Disputed<br>Unliquidated | | | $463,000.00 |
| Wilco Capital, Inc.<br>c/o Ron Williamson, President<br>104 23rd Street South<br>Suite 150<br>Birmingham, AL 35233 | c/o Frank DeBorde<br>Morris, Manning &<br>Martin LLP<br>fdeborde@mmmlaw.com<br>Tel: 404-233-7000<br>Fax: 404-365-9532 | Lawsuit | Contingent<br>Disputed<br>Unliquidated | | | $335,977.55 |
| Thermo Communications Funding, LLC<br>c/o Seth Block, EVP<br>639 Loyola Ave.<br>Suite 2565<br>New Orleans, LA 70113 | c/o Frank DeBorde<br>Morris, Manning &<br>Martin LLP<br>fdeborde@mmmlaw.com<br>Tel: 404-233-7000<br>Fax: 404-365-9532 | Lawsuit | Contingent<br>Disputed<br>Unliquidated | | | $301,311.36 |
| L.E. Springer Inc<br>15 Meadow Lane<br>Brewer, ME 04412 | Larry Springer<br>Tel: 207-249-7645 | Rent | | | | $150,000.00 |
| SaviLinx<br>74 Orion Street Unit 2<br>Suite 300<br>Brunswick, ME 04011 | Heather Blease<br>hblease@savilinx.com | Trade Debt | Disputed<br>Unliquidated | | | $140,024.50 |
| North Industrial Development<br>11950 Democracy Dr<br>Suite 250<br>Reston, VA 20190 | Walter Lambert<br>wl@lambertdbm.com | Rent | Disputed | | | $134,075.00 |
| Peterson Properties LLC<br>521 East Chatham Rd<br>Cary, NC 27511 | Jeff Peterson<br>jmp521@aol.com<br>Tel: 919-468-2639<br>Fax: 919-468-2639 | Rent | | | | $124,318.30 |
| McIlwaine, John<br>8575 High Hampton Chase<br>Alpharetta, GA 30022 | John McIlwaine<br>john@themcilwaines.com | Severance Agreement | | | | $114,000.00 |
| Key Equipment Finance<br>11030 Circle Point Rd<br>2nd Floor<br>Westminster, CO 80020 | Glen Bleeker<br>glen.bleeker@key.com<br>Tel: 720-304-1063<br>Fax: 800-318-7177 | Equipment Lease | | | | $104,047.61 |

Debtor  **NexxLinx Corporation, Inc.**                                Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Funds US Investment c/o IVG Insitutional Funds GMBH Real Estate Capital Partners 114 West 47th St, 23rd Floor New York, NY 10036-1508 | Debi Kassing debi.kassing@hqcapital.com Tel: 703-481-7125 Fax: 703-481-7101 | Rent | | | | $101,451.50 |
| Blue Cross Blue Shield of GA 2012 Corporate Lane Suite 108 Naperville, IL 60563 | Tina Kirkland tina.kirkland@bcbsga.com Tel: 866-264-4876 Fax: 877-868-7950 | Insurance | | | | $92,702.75 |
| Pipkins, Inc 14515 North Outer 40 Drive Suite 130 Chesterfield, MO 63017 | Judith DeBie accounting@pipkins.com Tel: 314-469-6106 x705 | Trade Debt | | | | $82,898.13 |
| Williams, Kim 6059 Village on the Green Carrabessett, ME 04947 | Kim Williams kwilliams@savilinx.com | Severance Agreement | | | | $75,208.00 |
| VPI, Inc 160 Camino Ruiz Camarillo, CA 93012-6700 | Chris Morrissey chrism@vpi-corp.com Tel: 800-200-5430 x5218 | Trade Debt | | | | $68,098.25 |
| Francis J Malara Receiver for 155 West Street 235 Main Street, Ste 600 White Plains, NY 10601 | Francis Malara fmalara@pmlawllp.com Tel: 914-946-2889 | Rent | | | | $55,025.00 |
| Piedmont Center 1-4 LLC 3575 Piedmont Road Atlanta, GA 30305 | Kerri Sparks kerri.sparks@cushwake.com Tel: 404-869-3902 Fax: 404-869-3907 | Rent | | | | $52,195.30 |
| QTS 12851 Foster St Overland Park, KS 66213 | Darwin Shultz darwin.shultz@qtsdatacenters.com Tel: 913-312-2423 Fax: 913-814-7766 | Trade Debt | | | | $51,636.47 |

Debtor   **NexxLinx Corporation, Inc.**　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo Financial Leasing  800 Walnut Street  Des Moines, IA 50309 | c/o Andrew Thompson  Smith Gambrell Russell  athompson@sgrlaw.com  Tel: 404-815-3701  Fax: 404-685-7001 | Equipment Lease | | | | $51,075.00 |
| Paetec  301 N Main Street  Greenville, SC 29601 | Rick Baum  rick.baum@windstream.com  Tel: 864-331-8099  Fax: 864-331-7144 | Trade Debt | | | | $36,458.96 |
| Emera Maine  970 Illinois Ave  Bangor, ME 04401 | custserv@emeramaine.com  Tel: 207-973-2000  Fax: 902-428-6181 | Trade Debt | | | | $36,250.44 |
| Travis County Tax Office  Bruce Elfant - Tax Assessor  PO Box 149328  Austin, TX 78714-9328 | c/o Jason Beckham  Burr & Forman LLP  jbeckham@burr.com  Tel: 404-685-4251  Fax: 404-214-7926 | Tax | | | | $33,762.36 |
| Frazier & Deeter, LLC  1230 Peachtree Street NE  Suite 1500  Atlanta, GA 30309 | David Deeter  david.deeter@frazierdeeter.com  Tel: 404-253-7520  Fax: 404-253-7521 | Professional Services | | | | $32,383.00 |
| Bobby Dodd Enterprises, Inc.  2120 Marietta Blvd. NW  Atlanta, GA 30318 | c/o Andrew Tuck  Alston & Bird LLP  andy.tuck@alston.com  Tel: 404-881-7134  Fax: 404-253-8404 | Professional Services | | | | $25,000.00 |
| Nexus IS Inc.  1801 W Olympic Blvd.  File 1522  Pasadena, CA 91199-1522 | Joe Langley  joe.langley@nexusis.com  Tel: 770-842-9085 | Trade Debt | | | | $22,618.28 |

## United States Bankruptcy Court
### Northern District of Georgia

In re  **NexxLinx Corporation, Inc.**                                 Case No.
                                    Debtor(s)                         Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 28, 2016**             /s/ **D. Alan Quarterman**
                                     **D. Alan Quarterman/CEO**
                                     Signer/Title