UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEXXLINX CORPORATION, INC., | : | CASE NO. 16-61225 - PMB |
| | : | |
| DEBTOR. | : | |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE
## OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 in accordance with his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

Contact Solutions, LLC
800 North Point Parkway
Suite 400
Alpharetta, GA 30005
paige.honeycutt@verint.com
(678) 243-4876

Karl Holzthum
P.O. Box 192
Weston, MA 02493
HolzthumK@gmail.com
(617) 852-3992

Thermo Communications Funding, LLC
639 Loyola Avenue, Suite 2565
New Orleans, LA 70113
seth@thermocredit.com
(504) 975-8599

Vialinx S.A.
51 West Center #306
Orem, UT 84057
scott.kincer@vialinx.com

Wilco Capital, Inc.
104 23rd Street South, Suite 150
Birmingham, AL 35233
rwilliamson@wilcocap.com
(205) 578-6859

[SIGNATURE ON FOLLOWING PAGE]

                                        GUY G. GEBHARDT
                                        ACTING UNITED STATES TRUSTEE
                                        REGION 21

By: _____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2016, a true and correct copy of the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims was served by First Class United States Mail upon members of the committee as appointed and upon the following parties in interest as follows:

| | |
|---|---|
| NexxLinx Corporation, Inc.<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Ashley Reynolds Ray<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, GA 30327 |
| J. Robert Williamson<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, GA 30327 | Contact Solutions, LLC<br>Attn: General Counsel<br>800 North Point Parkway<br>Suite 400<br>Alpharetta, GA 30005 |
| Karl Holzthum<br>P.O. Box 192<br>Weston, MA 02493 | Vialinx S.A.<br>51 West Center #306<br>Orem, UT 84057 |
| Thermo Communications Funding, LLC<br>639 Loyola Avenue, Suite 2565<br>New Orleans, LA 70113 | Wilco Capital, Inc.<br>104 23rd Street South, Suite 150<br>Birmingham, AL 35233 |

                                        _____/s/_____
                                        Lindsay P. S. Kolba
                                        Trial Attorney