**Fill in this information to identify the case:**

Debtor name **NexxLinx Corporation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **16-61225**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2016 to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $12,767,355.00 |
| **For prior year:**<br>From  1/01/2015 to 12/31/2015 | ☑ Operating a business<br>☐ Other _____ | $46,870,610.00 |
| **For year before that:**<br>From  1/01/2014 to 12/31/2014 | ☑ Operating a business<br>☐ Other _____ | $50,730,384.00 |

   *All income is reported on a consolidated basis for the six co-debtor entities*

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2016 to **Filing Date** | Lawsuit Settlement | $250,000.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    NexxLinx Corporation, Inc.    Case number (if known)  16-61225

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    See Attachment 3.1 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **5 Paces Ventures**<br>3495 Buckhead Loop<br>#260130<br>Atlanta, GA 31126 | 2/16/16 | $90,000.00 | **Loan repayment** |
| 4.2    **D. Alan Quarterman**<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | 2/16/16 | $90,000.00 | **Loan repayment** |
| 4.3.    **D. Alan Quarterman**<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | 2/29/16 | $4,543.88 | **Expense reimbursement** |
| 4.4.    **D. Alan Quarterman**<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | 4/15/16 | $1,383.04 | **Expense reimbursement** |
| 4.5.    **D. Alan Quarterman**<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | 11/3/15 | $1,586.00 | **Expense reimbursement** |
| 4.6.    **Craig Mento**<br>2660 Peachtree Road, #5H<br>Atlanta, GA 30305 | 11/17/15 | $7,650.00 | **Expense reimbursement** |
| 4.7.    **Craig Mento**<br>2660 Peachtree Road, #5H<br>Atlanta, GA 30305 | 11/3/15 | $15,870.77 | **Expense reimbursement** |

Debtor  NexxLinx Corporation, Inc.                                                Case number (if known)  16-61225

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8.  Jef Wallace 3691 Randall Mill Road Atlanta, GA 30327 | 6/2/15 | $15,240.71 | Expense reimbursement |
| 4.9.  Craig Mento 2660 Peachtree Road, #5H Atlanta, GA 30305 | 8/10/15 | $24,324.48 | Expense reimbursement |
| 4.10  Craig Mento 2660 Peachtree Road, #5H Atlanta, GA 30305 | 8/5/15 | $70,000.00 | Loan Repayment |
| 4.11  Craig Mento 2660 Peachtree Road, #5H Atlanta, GA 30305 | 7/27/15 | $20,923.34 | Loan repayment |
| 4.12  Craig Mento 2660 Peachtree Road, #5H Atlanta, GA 30305 | 7/8/15 | $4,076.79 | Expense reimbursement |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Wilco Capital, Inc., Thermo Communications Funding, LLC v. Perfetta, LLC, Joseph J. Sanders, Craig J. Mento, and NexxLinx Corporation, Inc. 1:16-cv-1529 | Collection action | U.S. District Court, Northern Dist. GA 75 Ted Turner Drive, SW Atlanta, GA 30303 | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor  **NexxLinx Corporation, Inc.**                                    Case number *(if known)*  **16-61225**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  **Wells Fargo Financial Leasing, Inc. v. NexxLinx Corporation, Inc.**<br>**2016CV274022** | Breach of Contract | Superior Court of Fulton County<br>136 Pryor Street<br>Atlanta, GA 30303 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Contact Solutions, LLC v. NexxLinx Corporation, Inc.**<br>**N16C-05-219 WCC CCLD** | Breach of Contract | Delaware State Superior Court<br>500 North King Street<br>Wilmington, DE 19801 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **TPP 204 Northview, LLC v. NexxLinx Corporation, Inc.**<br>**D-1-GN-15-005129** | Breach of Contract | District Court, 98th District, Travis Co<br>P.O. Box 1748<br>Austin, TX 78767 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Business Park Investors Group Owner, LLC v. NexxLinx Global, Inc., NexxLinx Corporation, Inc. and VetConnexx, LLC**<br>**15EV000242B** | Breach of Contract | State Court of Fulton County<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6.  **Karl Holzthum v. NexxLinx Corporation, Inc. and NexxPhase, Inc.**<br>**15-CV-269368** | Employment Dispute | Superior Court of Fulton County<br>136 Pryor Street<br>Atlanta, GA 30303 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.  **Craig J. Mento v. NexxLinx Corporation, Inc., NexxLinx Global, Inc., CustomerLinx of North Carolina, Inc., NexxLinx of New York, NexxLinx of Maine, Inc. and NexxLinx of Texas, Inc.**<br>**2016CV276465** | Collection Action | Superior Court of Fulton County<br>136 Pryor Street, SW<br>Atlanta, GA 30303 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8.  **Lorenz Office GmbH & Co., KG v. NexxLinxx Corporation, Inc.**<br>**No. 408571/15** | Breach of Contract | Landgericht Nurnberg-Furth<br>4th Civil Chamber<br>Germany | ☑ Pending (Default Judgment)<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **NexxLinx Corporation, Inc.** _____    Case number *(if known)* **16-61225**

---

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scroggins & Williamson, P.C.** **4401 Northside Parkway** **Suite 450** **Atlanta, GA 30327** | **Payment for pre-petition services rendered on a consolidated basis for all six debtors** | 2/23/16 4/11/16 5/24/16 6/16/16 6/28/16 | 1,603.49 1,064.00 2,506.00 17,634.60 62,092.96 |
| | Email or website address rwilliamson@swlawfirm.com | Chapter 11 retainer on a consolidated basis for all six debtors | 6/23/16 | $25,098.95 |
| | Who made the payment, if not debtor? | | | |

| 11.3. | | | 7/1/15 7/10/15 7/16/15 7/28/15 8/7/15 8/31/15 10/22/15 11/5/15 11/10/15 11/16/15 11/23/15 12/10/15 12/22/15 12/22/15 1/13/16 1/27/16 2/24/16 5/27/16 | $3,643.38 $6,377.89 $14,475.00 $16,137.50 $17,262.50 $13,037.50 $27,825.00 $18,195.89 $14,875.00 $8,837.50 $12,712.50 $11,212.50 $10,425.00 $4,200.00 $2,250.00 $9,275.00 $9,487.50 $8,227.50 |
| | **GGG Partners, LLC** **3155 Roswell Road, NE** **Suite 120** **Atlanta, GA 30305** | **Payment for pre-petition services rendered on a consolidated basis for all six debtors** | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | Chapter 11 retainer on a consolidated basis for all six debtors | 6/27/16 | $5,470.23 |

**12. Self-settled trusts of which the debtor is a beneficiary**

Debtor    **NexxLinx Corporation, Inc.**                                                    Case number (if known)   **16-61225**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Action Capital Corporation Attn: Jeffrey Mitchell 230 Peachtree Street, NW Suite 1910 Atlanta, GA 30303** | **Debtors entered into a loan and security agreement and related documents pursuant to which the debtors granted security interests in substantially all of their intangible assets to Action Capital** | **October 2015** | **$2,115,401.02** |
| | Relationship to debtor **Lender** | | | |
| 13.2. | **Branch Banking & Trust Co. 271 17th Street, NW Suite 800 Atlanta, GA 30363** | **Debtors paid part of outstanding indebtedness owed by one or more of the Debtors to BB&T with proceeds of Action loan** | **October 2015** | **$1,714,802.16** |
| | Relationship to debtor **Lender** | | | |
| 13.3. | **Branch Banking & Trust Co. 271 17th Street, NW Suite 800 Atlanta, GA 30363** | **Debtors entered into a loan and security agreement and related documents pursuant to which the Debtors granted security interests in substantially all of their assets to BB&T** | **July 2014** | **$7,000,000.00** |
| | Relationship to debtor **Lender** | | | |

---

### Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3565 Piedmont Road, NE Building 2, Suite 100 Atlanta, GA 30305** | **November 2010 - May 2016** |

---

### Part 8:    Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **NexxLinx Corporation, Inc.**    Case number *(if known)*  **16-61225**

- providing any surgical, psychiatric, drug treatment, or obstetric care?

- [✓] No. Go to Part 9.
- [ ] Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- [✓] No.
- [ ] Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- [ ] No. Go to Part 10.
- [✓] Yes. Does the debtor serve as plan administrator?

    - [ ] No Go to Part 10.
    - [✓] Yes. Fill in below:
    Name of plan
    **John Hancock 401(k)**    Employer identification number of the plan
    EIN:  **52-2114061**

    Has the plan been terminated?
    - [✓] No
    - [ ] Yes

    - [ ] No Go to Part 10.
    - [✓] Yes. Fill in below:
    Name of plan
    **Merrill Lynch 401(k)**    Employer identification number of the plan
    EIN:  **52-2114061**

    Has the plan been terminated?
    - [ ] No
    - [✓] Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- [ ] None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Branch Banking & Trust Co.** | **XXXX-2575** | [✓] Checking<br>[ ] Savings<br>[ ] Money Market<br>[ ] Brokerage<br>[ ] Other___ | **March 2016** | $0.00 |

Debtor    NexxLinx Corporation, Inc.                                    Case number *(if known)*   16-61225

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Branch Banking & Trust Co.** | XXXX-2621 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2016** | $0.00 |
| 18.3. | **Branch Banking & Trust Co.** | XXXX-2656 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2016** | $0.00 |
| 18.4. | **Branch Banking & Trust Co.** | XXXX-2664 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2016** | $0.00 |
| 18.5. | **Branch Banking & Trust Co.** | XXXX-4489 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2016** | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **QTS**<br>**1033 Jefferson Street, NW**<br>**Atlanta, GA 30318** | **Nick Farsi:  3565 Piedmont Road, NE, Building 2, Suite 104, Atlanta, GA 30305**<br><br>**Maylon Ellington:  253 Saint Marins Dr., Mableton, GA 30126**<br><br>**Jeffrey Workman:  2291 Mohawk Trail, Acworth, GA 30102** | **Servers, storage and network equipment** | ☐ No<br>☑ Yes |

Debtor    NexxLinx Corporation, Inc.                                    Case number (if known)   16-61225

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Telx<br>8435 Stemmons Fwy<br>Dallas, TX 75247 | Nick Farsi: 3565 Piedmont Road, NE, Building 2, Suite 104, Atlanta, GA 30305<br><br>Maylon Ellington: 253 Saint Marins Dr., Mableton, GA 30126<br><br>Jeffrey Workman: 2291 Mohawk Trail, Acworth, GA 30102 | Servers, storage and network equipment | ☐ No<br>☑ Yes |

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

### Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | NexxLinx Corporation, Inc. | | Case number *(if known)* | 16-61225 |
|---|---|---|---|---|

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|---|
| | | | | Dates business existed |
| 25.1. | SaviLinx, Inc.<br>74 Orion Street<br>Unit 2<br>Suite 300<br>Brunswick, ME 04011 | Call center | EIN: 46-2266664<br>From-To | March 18, 2013 - Present |
| 25.2. | CustomerLinx of North Carolina, Inc.<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Call center | EIN: 20-2692192<br>From-To | April 13, 2005 - Present |
| 25.3. | Microdyne Outsourcing, Inc.<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Call center | EIN: 33-0797639<br>From-To | September 19, 1998 - Present |
| 25.4. | NexxLinx Global, Inc.<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Call center | EIN: 26-3748608<br>From-To | November 20, 2008 - Present |
| 25.5. | NexxLinx of New York, Inc.<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Call center | EIN: 14-1713273<br>From-To | November 25, 1988 - Present |
| 25.6. | NexxLinx of Texas, Inc.<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Call center | EIN: 27-3259692<br>From-To | August 27, 2010 - Present |
| 25.7. | NexxLinx UK<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Call center | EIN: FCO31887<br>From-To | August 27, 2010 - Present |
| 25.8. | NexxLinx Germany GmbH<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Call center | EIN: 204292296<br>From-To | September 30, 2014 - Present |
| 25.9. | NexxPhase<br>3565 Piedmont Road, NE<br>Building Two, Suite 100<br>Atlanta, GA 30305 | Call center | EIN: 27-1280024<br>From-To | November 2009 - Present<br>Assets sold on September 2015 |

| Debtor | **NexxLinx Corporation, Inc.** | | Case number *(if known)* **16-61225** |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

| | Business name address | Describe the nature of the business | Employer Identification number | Dates business existed |
|---|---|---|---|---|
| 25.10 | **Vet Connect**<br>**3835 Presidential Parkway**<br>**Atlanta, GA 30340** | Veteran owned call center | EIN: **80-0916328**<br><br>From-To **June 24, 2013 - April 10, 2014** | |
| 25.11 | **IntegraLinx**<br>**No longer in business** | Joint venture call center | EIN: **30-0750489**<br><br>From-To **October 11, 2012 - March 10, 2014** | |
| 25.12 | **iEnergizer of Texas**<br>**17304 Preston Road**<br>**Suite 250**<br>**Dallas, TX 75252** | Call center | EIN: **26-2597406**<br><br>From-To **June 3, 2008 - September 27, 2013** | |
| 25.13 | **Benevox**<br>**3565 Piedmont Road**<br>**Bldg. 2, Suite 104**<br>**Atlanta, GA 30305** | Call Center | EIN: **61-1413470**<br><br>From-To **May 13, 2002-May 2013** | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Angelia Austin**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA 30305** | **10/01/03 - Present** |
| 26a.2. | **Tina Spears**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA 30305** | **06/01/13 - Present** |
| 26a.3. | **Trusted CFO Solutions, Inc.**<br>**3330 Cumberland Blvd.**<br>**Suite 900**<br>**Atlanta, GA 30339** | **10/01/14 - Present** |
| 26a.4. | **Glenda Howard**<br>**3523 Pine Valley Drive**<br>**Sarasota, FL 34239** | **04/18/11 - 03/31/16** |
| 26a.5. | **Teresa Fitch**<br>**309 Timothy Road**<br>**Jacksonville, NC 28546** | **08/04/97 - 02/20/15** |
| 26a.6. | **Ami Austin**<br>**122 Washington Street**<br>**Brewer, ME 04412** | **12/18/00 - 12/24/15** |
| 26a.7. | **Judith Crawford**<br>**129 Orchard Street, #2**<br>**Walden, NY 12586** | **11/28/95 - 02/23/16** |
| 26a.8. | **Jeff Wallace**<br>**3691 Randall Mill Road**<br>**Atlanta, GA 30327** | **02/01/03 - 10/31/15** |

Debtor    NexxLinx Corporation, Inc.                                    Case number *(if known)*  16-61225

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Ethridge & Miller, PC** **2255 Cumberland Parkway, SE** **Suite 1500** **Atlanta, GA 30339** | **2013 - 2014** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Frazier & Deeter** **1230 Peachtree Street, NE** **Suite 1500** **Atlanta, GA 30309** | **2014 - 2015** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Gingrey Capital** **840 Kennesaw Avenue** **Suite B1** **Marietta, GA 30060** | **Nov. 2014** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Angelia Austin** **3565 Piedmont Road, NE** **Building 2, Suite 104** **Atlanta, GA 30305** | |
| 26c.2. **Tina Spears** **3565 Piedmont Road, NE** **Building 2, Suite 104** **Atlanta, GA 30305** | |
| 26c.3. **Trusted CFO Solutions, Inc.** **3330 Cumberland Blvd.** **Suite 900** **Atlanta, GA 30339** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.    **See Attachment 26d.1**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **NexxLinx Corporation, Inc.**                                    Case number *(if known)*  **16-61225**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| D. Alan Quarterman | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Chief Executive Officer | |
| Neil Quarterman | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Chief Governance Officer | |
| Nick Farsi | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | CIO and Risk Compliance Officer | |
| Jan Santafede | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Chief Operating Officer | |
| Stephen Smith | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Chief Corporate Communications Officer | |
| 5 Paces Ventures, LP | 3495 Buckhead Loop<br>#260130<br>Atlanta, GA 31126 | Ownership interest<br>Preferred shares B&C | 88.61 |
| SAC Capital Management | 540 Madison Avenue<br>New York, NY 10022 | Ownership interest<br>Preferred shares B&C | 7.86 |
| Jeffrey McDermott | Westbury Group LLC<br>39 Riverside Avenue<br>Westport, CT 06880 | Ownership interest<br>Common shares | 0.92 |
| James J. Valentine | Analyst Solutions<br>3 West End Avenue<br>Old Greenwich, CT 06870 | Ownership interest<br>Common shares | 0.76 |
| Marconi Pacific Ventures | Marconi Pacific, LLC<br>Attn: Thomas E. Gage, Chairman<br>3809 Woodbine Street<br>Chevy Chase, MD 20815 | Ownership interest<br>Common shares | 0.68 |

Debtor    **NexxLinx Corporation, Inc.**                                                    Case number *(if known)*    **16-61225**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Global Telecom Services | c/o Alan Pearce, PhD Information Age Economics 4530 Dexter Street, NW Washington, DC 20007-1115 | Ownership interest Common shares | 0.31 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Dale A. Prouty | Tri Alpha Energy 27211 Burbank Foothill Ranch, CA 92610 | Ownership interest Common shares | 0.09 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Larry Pressler | 800 25th Street, NW Suite 504 Washington, DC 20037 | Ownership interest Common shares | 0.04 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Karen Ruckman | P.O. Box 32066 Washington, DC 20007 | Ownership interest Common shares | 0.18 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Deltech Ventures | c/o Jay Delahanty, Agent 481 Hammond Street Chestnut Hill, MA 02467 | Ownership interest Common shares | 0.18 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Louise Marie Crumpson | Attn: Jeff McDermott 39 Riverside Avenue Westport, CT 06880 | Ownership interest Common shares | 0.05 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Segal Holdings, Inc. | Attn: Robert R. Segal 27 Skymeadow Road Suffern, NY 10901-2520 | Ownership interest Common shares | 0.35 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jef Wallace | 3691 Randall Mill Road Atlanta, GA 30327 | CFO | 02/01/13 - 10/31/15 |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| Craig Mento | 2660 Peachtree Road, #5H Atlanta, GA 30305 | CEO | 01/02/04 - 10/31/15 |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| William Coffeen | 15 Lost Meadow East Sandwich, MA 02537 | President | 09/14/04 - 10/31/15 |

| Debtor | NexxLinx Corporation, Inc. | | Case number *(if known)* 16-61225 |
|---|---|---|---|

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Valerie Lo Sardo | 7 Colleen Lane Wallkill, NY 12589 | CHO | 03/11/91 - 12/31/15 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jeff Buckman | 5215 South Cody Street Littleton, CO 80123 | COO | 04/02/08 - 10/31/15 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeff Buckman 5215 South Cody Street Littleton, CO 80123 | $152,664.00 | 2015 | Salary |
| | Relationship to debtor Former officer | | | |
| 30.2. | William Coffeen 15 Lost Meadow East Sandwich, MA 02537 | $150,000.00 | 2015 | Salary |
| | Relationship to debtor Former officer | | | |
| 30.3. | William Coffeen 15 Lost Meadow East Sandwich, MA 02537 | $56,250.00 | 2016 | Salary |
| | Relationship to debtor Former officer | | | |
| 30.4. | Valerie Lo Sardo 7 Colleen Lane Wallkill, NY 12589 | $169,542.00 | 2015 | Salary |
| | Relationship to debtor Former officer | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **NexxLinx Corporation, Inc.**                                        Case number *(if known)*  **16-61225**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Craig Mento**<br>**2660 Peachtree Road, #5H**<br>**Atlanta, GA  30305** | | | |
| | | **$400,000.00** | **2015** | **Salary** |
| | Relationship to debtor<br>**Former officer** | | | |
| 30.6. | **Craig Mento**<br>**2660 Peachtree Road, #5H**<br>**Atlanta, GA  30305** | | | |
| | | **$47,500** | **2016** | **Salary** |
| | Relationship to debtor<br>**Former officer** | | | |
| 30.7. | **D. Alan Quarterman**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | | | |
| | | **$150,000.00** | **2015** | **Salary** |
| | Relationship to debtor<br>**CEO** | | | |
| 30.8. | **D. Alan Quarterman**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | | | |
| | | **$50,000.00** | **2016** | **Salary** |
| | Relationship to debtor<br>**CEO** | | | |
| 30.9. | **Neil Quarterman**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | | | |
| | | **$177,500.00** | **2015** | **Salary** |
| | Relationship to debtor<br>**Chief Governance Officer** | | | |
| 30.10. | **Neil Quarterman**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | | | |
| | | **$70,417.00** | **2016** | **Salary** |
| | Relationship to debtor<br>**Chief Governance Officer** | | | |

Debtor    **NexxLinx Corporation, Inc.**                                    Case number *(if known)*   **16-61225**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.11. | **Jan Santafede**<br>**245 Royal Bluff Road**<br>**Jacksonville, NC 28540** | $155,000.00 | 2015 | Salary |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.12. | **Jan Santafede**<br>**245 Royal Bluff Road**<br>**Jacksonville, NC 28540** | $99,583.00 | 2016 | **Salary and commission** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.13. | **Stephen Smith**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | $111,771.00 | 2015 | Salary |
| | **Relationship to debtor**<br>**Chief Corporate**<br>**Communications Officer** | | | |
| 30.14. | **Stephen Smith**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | $56,250.00 | 2016 | Salary |
| | **Relationship to debtor**<br>**Chief Corporate**<br>**Communications Officer** | | | |
| 30.15. | **Jef Wallace**<br>**3691 Randall Mill Road**<br>**Atlanta, GA  30327** | $177,000.00 | 2015 | Salary |
| | **Relationship to debtor**<br>**Former officer** | | | |
| 30.16. | **Nick Farsi**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | $60,833.00 | 2016 | Salary |
| | **Relationship to debtor**<br>**CIO and Risk Compliance**<br>**Officer** | | | |

Debtor    **NexxLinx Corporation, Inc.**                                       Case number *(if known)*  **16-61225**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.17. | **William Coffeen** | $95,102.00 | **2015** | **Commission** |
| | **Relationship to debtor**<br>**Former officer** | | | |
| 30.18. | **Jan Santafede**<br>**245 Royal Bluff Road**<br>**Jacksonville, NC 28540** | $99,114.00 | **2015** | **Commission** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.19. | **Stephen Smith**<br>**3565 Piedmont Road, NE**<br>**Building 2, Suite 104**<br>**Atlanta, GA  30305** | $4,450.00 | **2015** | **Commission** |
| | **Relationship to debtor**<br>**Chief Corporate Communications Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| NexxLinx Corporation, Inc. | EIN:    52-2114061 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

# Attachment 3.1

## Outgoing Payments Report

| Transaction Number | Template Code | Debit Account | Beneficiary Name | Beneficiary Account | Beneficiary Bank ID | Credit Amount | Credit Currency | Value Date | Status | Confirmation # |
|---|---|---|---|---|---|---|---|---|---|---|
| 163C2310lLZ92Y47 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 234,063.05 USD | | 3-Mar-16 | Confirmed by Bank | 2016030036887HU4R008157 |
| 163C2315HN8ZK31 | Payroll | 8524 | CeriStaff Inc | 0005116619055 | 053101121 | 58,082.61 USD | | 3-Mar-16 | Confirmed by Bank | 2016030036887HU4R008001 |
| 163C2335ZL592907 | BBT Loan | 8524 | BBT | 200012421028Z | 121002048 | 79,508.13 USD | | 3-Mar-16 | Confirmed by Bank | 2016030036887HU2R008201 |
| 1637325.2LEB1D83 | Action | 8524 | Action Capital Corporation | 912584331 | CQBAOEFPXXX | 22,176.32 EUR 1.1055 | | 9-Mar-16 | Confirmed by Bank | 0250323 |
| 16372315.098H0X23 | TMF-Germany | 8524 | NewuLinx Germany GmbH | DE235500400000593168600 | BSNJCRESLXXX | 75,000.00 USD | | 7-Mar-16 | Confirmed by Bank | 0250323 |
| 1537607142030A70 | Payroll | 8524 | Vialinx | 912584331 | BSNJCRESLXXX | 88,574.55 USD | | 14-Mar-16 | Confirmed by Bank | 2016031036887HU2R009163 |
| 163A272d4LO+0558 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 2,471.26 USD | | 10-Mar-16 | Confirmed by Bank | 20160310036887HU1R003001 |
| 163A72137M1J2A48 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 120,000.00 USD | | 10-Mar-16 | Confirmed by Bank | 2016031036887HU2R003164 |
| 163A7223SDH0V81 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 125,000.00 USD | | 11-Mar-16 | Confirmed by Bank | 0328969 |
| 168SA0831144ITC6D | Vialinx | 8524 | Vialinx | 912584331 | BSNJCRESLXXX | 146,365.17 USD | | 11-Mar-16 | Confirmed by Bank | 0328969 |
| 163HEB235SKHDP26 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 204,575.47 USD | | 17-Mar-16 | Confirmed by Bank | 2016031736887HU4R009911 |
| 163HEB235GFS01A7D | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 136,349.80 USD | | 17-Mar-16 | Confirmed by Bank | 2016031736887HU4R009903 |
| 163HB371SFXJ.KG8 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | | | 17-Mar-16 | Confirmed by Bank | 2016031736887HU2R009939 |
| 163HEB4227381313 | Payroll | 8524 | Mgmt Main Client Acct | G812MDL40010421556193 | MIDLGB21S5E | 80,222.54 GBP 1.4632 | | 21-Mar-16 | Confirmed by Bank | 2016031700248941 |
| 163SMG421KM5DN15 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 72,633.74 USD | | 23-Mar-16 | Confirmed by Bank | 20160323887HU3R001903 |
| 163SMO4245N6ZP93 | ViaLinx | 8524 | ViaLinx | 912584331 | BSNJCRESLXXX | 182,747.59 USD | | 23-Mar-16 | Confirmed by Bank | 0270247 |
| 163MH123XG3S0075 | BT-UK | 8524 | BT Plc | GB20BARC20000000833757 | BARCGB22XXX | 80.6 GBP 1.4383 | | 29-Mar-16 | Confirmed by Bank | 5008483000832002 |
| 163MH2120VOOU25 | ViaLinx | 8524 | CJ Muszal Properti | GB40LCYD203497006665517 | LOYCGB21029 | 2,335.62 GBP 1.4363 | | 29-Mar-16 | Confirmed by Bank | 6008483000832000 |
| 163NE18531ZG0579 | CEG | 8524 | Centre Unit Trust | GB70HANDA0516219701700 | HANCGB22XXX | 14,543.84 GBP 1.4236 | | 29-Mar-16 | Confirmed by Bank | 201602320036887HU2R002533 |
| 1635642481SR0A96 | Focus | 8524 | Offshore Solutions | 04603A647 | 124000064 | 142,806.42 USD | | 28-Mar-16 | Confirmed by Bank | 2016032886887HU2R002333 |
| 18JUN4134C52349 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 136,239.28 USD | | 30-Mar-16 | Confirmed by Bank | 2016033036887HU4R002817 |
| 163VD0844S6GCY057 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 151,167.11 USD | | 31-Mar-16 | Confirmed by Bank | 2016033036887HU4R002817 |
| 163VD0973ANO3X34 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 262,185.44 USD | | 31-Mar-16 | Confirmed by Bank | 2016033186887HU3R022196 |
| 163VD104SPEROZ18 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 209,284.81 USD | | 31-Mar-16 | Confirmed by Bank | 2016033186887HU1R022082 |
| 163VD1333DFS0AP27 | Payroll | 8524 | BBT | 0005116619055 | 053101121 | 56,082.61 USD | | 31-Mar-16 | Confirmed by Bank | 2016033186887HU1R022462 |
| 163VE3848WOD053 | CL-Trico | 8524 | CenturyLink Sales Solutions Inc | 77057716 | 083000137 | 25,000.00 USD | | 31-Mar-16 | Confirmed by Bank | 2016033186887HU4R023481 |
| 1641825431MR0Y92 | Payroll | 8524 | FSA and Other | 33404641T190 | | 5,000.00 USD | | 1-Apr-16 | Needs Repair | |
| 16466433BZGS1621 | Payroll | 8524 | NewuLinx Germany GmbH | DE235500400000593168600 | BSNJCRESLXXX | 22,033.78 EUR 1.1456 | | 8-Apr-16 | Confirmed by Bank | 2016040600151744 |
| 164771844UJ0JG9 | ViaLinx | 8524 | CJ Muszal Properti | 912584331 | BSNJCRESLXXX | 92,837.63 USD | | 7-Apr-16 | Confirmed by Bank | 0283455 |
| 16477281TGCR0247 | Action | 8524 | Action Capital Corporation | 200012421028Z | 121002048 | 51,974.66 USD | | 7-Apr-16 | Confirmed by Bank | 2016040736887HU4R003908 |
| 164J2721VBIMRO390 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 120,000.00 USD | | 7-Apr-16 | Confirmed by Bank | 2016040736887HU2R002991 |
| 16477283SHMP0H70 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 74,247.33 USD | | 7-Apr-16 | Confirmed by Bank | 2016040736887HU4R002909 |
| 1647731439LO2C55 | BucksBiz | 8524 | CJ Muszal Properti | GB40LCYD203497006665517 | LOYCGB21029 | 1,980.01 GBP 1.4225 | | 11-Apr-16 | Confirmed by Bank | 6508089DGL101 |
| 164780658OHD1X77 | Cerstian | 8524 | Cerstian UK Ltd | GB51LOYD203970007717306 | LOYCGB21522 | 625.6 GBP 1.423 | | 11-Apr-16 | Confirmed by Bank | 201604070018Y32 |
| 164786937NR6S2J04 | PowerTecnique | 8524 | Powertecnique Limited | GB73VNB0557034254549 | NVBHGB2LXXX | 1,308.00 GBP 1.423 | | 11-Apr-16 | Confirmed by Bank | 16040780PTAUS6SBXXXX04222998R2 |
| 16476903ISCO1E87 | CoolBreeze | 8524 | Cool Breeze FM Ltd | GB03ABBY09086642110471 | ABBYGB2LXXX | 405 GBP 1.423 | | 11-Apr-16 | Confirmed by Bank | 201604070019T831 |
| 16478521D1GOR0248 | Focus | 8524 | Offshore Solutions | 04603A647 | 124000054 | 81,190.06 USD | | 7-Apr-16 | Confirmed by Bank | 2016040736887HU4R003766 |
| 16489506440GES0469 | Contact Solutions | 8524 | Contact Solutions LLC | 2845121 055608039 | 061000032 | 33,433.33 USD | | 7-Apr-16 | Confirmed by Bank | 1156439417405500 |
| 164RG474A5VD0A14 | Contact Solutions | 8524 | Payroll 401K | 2845121 055609039 | 061000029 | 5,000.00 USD | | 8-Apr-16 | Confirmed by Bank | 2016041136887HU3R002069 |
| 164CE404G1USON83 | Contact Solutions | 8524 | Contact Solutions LLC | 2845121 121002048 | 1210002048 | 618.4 USD | | 12-Apr-16 | Confirmed by Bank | 2016041289637HU2R009655 |
| 164C1734219ME1C38 | Action | 8524 | Action Capital Corporation | GB20BARC20000000383757 | BARCGB22XXX | 489.8 GBP 1.4412 | | 14-Apr-16 | Confirmed by Bank | 80061046GG681 |
| 164E856590Z1870 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 147,743.42 USD | | 14-Apr-16 | Confirmed by Bank | 2016041486887HU4R005035 |

| Ref | Entity | | Payee | Invoice | BIC | Amount | Status | Confirmation |
|---|---|---|---|---|---|---|---|---|
| 164E901350O3S1251 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 234,596.28 USD | 14-Apr-16 Confirmed by Bank | 20160424898?HU2R00S104 |
| 164E9224PRH07117 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 265,479.18 USD | 14-Apr-16 Confirmed by Bank | 20160424898?HU3R004639 |
| 164E9270x8Y32x22 | Middlesbrough Council | 8524 | Middlesbrough Council | GB11WNFB45410U64586489 | NWBKGB2LXXX | 1,560.75 GBP 1.428 | 18-Apr-16 Confirmed by Bank | 1604148DFAU3565AXXX120897702O |
| 164E9224HS2U22 | Selecta | 8524 | Selecta UK Ltd | GB07NWBK60001390011020 | NWBKGB2LXXX | 454.33 GBP 1.428 | 18-Apr-16 Confirmed by Bank | 1604148DFAU3565AXXX120897702O |
| 164E9A0RH0O0V021 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 87,135.48 USD | 14-Apr-16 Confirmed by Bank | 201604180011R5413 |
| 164ES30OHUX1837 | TMF-UK | 8524 | Mgmt Main Client Acct | GB12MDL40010421556193 | MIDLGB210SE | 70,064.46 GBP 1.4226 | 20-Apr-16 Confirmed by Bank | 20160419019305360 |
| 164CLA50U2IY00M15 | Action | 8524 | Action Capital Corporation | 200012421O282 | 121002048 | 27,398.44 USD | 21-Apr-16 Confirmed by Bank | 201604215867HU3R005350 |
| 164CLM4404F5NM06 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 72,145.49 USD | 21-Apr-16 Confirmed by Bank | 201604215867HU4R007192 |
| 164CLM4444F5HN06 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 55,000.00 USD | 21-Apr-16 Confirmed by Bank | 201604215867HU2R007085 |
| 164CLG510EU01E08 | VduLinx | 8524 | VduLinx | 912584331 | BSNLCRSLXXX | 130,000.00 USD | 22-Apr-16 Confirmed by Bank | 21054441 |
| 164CLO5651DVX0075 | Focus | 8524 | Offshore Solutions | 124000054 | BSNLCRSLXXX | 150,000.00 USD | 22-Apr-16 Confirmed by Bank | 201604229867HU1R002159 |
| 164CLG551A4X1046 | VduLinx | 8524 | VduLinx | 912584331 | BSNLCRSLXXX | 161,033.53 USD | 22-Apr-16 Confirmed by Bank | 0425138 |
| 164P7213OPZ0F57 | BT-UK | 8524 | BT Plc | GB20BARC20020000083757 | BARCGB22XXX | 485 GBP 1.4636 | 27-Apr-16 Confirmed by Bank | 60061116G/Z1 |
| 164S4284DA/Z1C23 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 119,595.16 USD | 28-Apr-16 Confirmed by Bank | 201604288687HU4R007359 |
| 164S4431DX/AX0H50 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 144,715.18 USD | 28-Apr-16 Confirmed by Bank | 201604288687HU3R007539 |
| 164S4A31574X2V17 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 248,714.82 USD | 28-Apr-16 Confirmed by Bank | 201604288687HU3R007536 |
| 164S4A330HR0Y2808 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 148,122.47 USD | 28-Apr-16 Confirmed by Bank | 201604288687HU2R007538 |
| 164S4A313NF20985 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 96,679.85 USD | 4-May-16 Confirmed by Bank | 201605058687HU4R001416 |
| 163SA374DG5DOG58 | Focus | 8524 | Offshore Solutions | 124000054 | BSNLCRSLXXX | 110,372.59 USD | 4-May-16 Confirmed by Bank | 201605058687HU4R001916 |
| 163S03272XOT70 | BBT Loan | 8524 | BBT | 055101121 | BSNLCRSLXXX | 58,062.61 USD | 6-May-16 Confirmed by Bank | 201605068687HU1R002160 |
| 163S22J4iC-AY2853 | VduLinx | 8524 | VduLinx | MIDLGB2110F | MIDLGB2110F | 4,818.00 GBP 1.4697 | 6-May-16 Confirmed by Bank | 201605040035360 |
| 163S4K4295EN21914 | TMF-Germany | 8524 | NexuLinx Germany GmbH | DE25350400005391684800 | COBADEFFXXX | 22,703.45 EUR 1.1602 | 9-May-16 Confirmed by Bank | 201605050004978 |
| 163S4K472IPPY2372 | TMF-Germany | 8524 | NexuLinx Germany GmbH | DE25350400005391689000 | COBADEFFXXX | 5,950.00 EUR 1.1602 | 9-May-16 Confirmed by Bank | 201605050046977 |
| 163S4K541DPMX0A75 | Contact Solutions | 8524 | Contact Solutions LLC | 284512105600839 | | 33,433.00 USD | 6-May-16 Confirmed by Bank | 201605098687HU2R002728 |
| 163S856448LVZ1U49 | KBA | 8524 | Key Benefit Administrators/KBA Key | 01401046983 | 044000024 | 3,031.05 USD | 11-May-16 Confirmed by Bank | 201605118687HU1R002006 |
| 158B7223SAOOO687 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 120,000.00 USD | 11-May-16 Confirmed by Bank | 201605118687HU1R002006 |
| 155CC1843O6Y1972 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 251,354.40 USD | 12-May-16 Confirmed by Bank | 201605128687HU4R008582 |
| 155CC1921MXY1H43 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 266,751.14 USD | 12-May-16 Confirmed by Bank | 201605128687HU3R008527 |
| 155CC2398H7N21302 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 148,160.59 USD | 12-May-16 Confirmed by Bank | 201605128687HU2R008502 |
| 155CC14540LY0T57 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 130,446.10 USD | 12-May-16 Confirmed by Bank | 201605128687HU3R009681 |
| 155CC431431Y1176 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 92,899.83 USD | 12-May-16 Needs Repair | 12-May-16 Needs Repair |
| 155CC2463AOX1233 | Middlesbrough Council | 8524 | Middlesbrough Council | GB11WNFB45410U64586489 | NWBKGB2LXXX | 1,677.00 GBP 1.4691 | 16-May-16 Confirmed by Bank | 16051280DFAU3565AXXX123108957 |
| 155CD812N2X2T63 | Keybank | 8524 | Keybank N.A. | 321700038656 | 021000077 | 25,000.00 USD | 13-May-16 Confirmed by Bank | 201605139867HU4R003428 |
| 155GA2027AY52241 | Payroll | 8524 | Payroll 401K | 33404647774 | | 5,000.00 USD | 16-May-16 Needs Repair | 16-May-16 Needs Repair |
| 155?71646P7T0LO3 | TMF-UK | 8524 | Mgmt Main Client Acct | GB12MDL40010421556193 | MIDLGB210SE | 74,323.72 GBP 1.4703 | 16-May-16 Confirmed by Bank | 20160518657HU3R009329 |
| 158GK5207460M611628 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 58,427.24 USD | 20-May-16 Confirmed by Bank | 201605180011R5413 |
| 158S7100MOFSDP52 | VduLinx | 8524 | VduLinx | 912584331 | BSNLCRSLXXX | 104,377.64 USD | 19-May-16 Confirmed by Bank | 0429854 |
| 155P7121752S0P00 | BT-UK | 8524 | CeriStaff UK Ltd | GB851LOYD0697070017306 | LOYDGB21822 | 365 GBP 1.4832 | 20-May-16 Confirmed by Bank | 20160525007171925 |
| 155P7135FRJ41917 | Selecta | 8524 | BT Plc | GB20BARC20020000083757 | BARCGB22XXX | 485 GBP 1.4832 | 27-May-16 Confirmed by Bank | 60061146GNO15 |
| 155G628356780U81 | Payroll | 8524 | Selecta UK Ltd | GB07NWBK60001390011020 | NWBKGB2LXXX | 173.89 GBP 1.4832 | 27-May-16 Confirmed by Bank | 16052580DFAU3565AXXX049464T574 |
| 155G5290GO20U5B18 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 150,261.80 USD | 26-May-16 Confirmed by Bank | 201605268687HU4R002906 |
| 155G6032023ML50J45 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 141,447.30 USD | 26-May-16 Confirmed by Bank | 201605268687HU3R002892 |
| 155G6312ZNK70042 | Payroll | 8524 | CeriStaff Inc | 11154319 | 031101114 | 252,285.30 USD | 26-May-16 Confirmed by Bank | 201605268687HU4R002934 |
| 155G0110H1O80IX08 | KBA | 8524 | Key Benefit Administrators/KBA Key | 01401046983 | 044000024 | 91,133.86 USD | 26-May-16 Confirmed by Bank | 201605288687HU4R012854 |
| | | | | | | 3,367.55 USD | 26-May-16 Confirmed by Bank | 201605298687HU4R013772 |

| Reference | Entity | Code | Company | Account No. | Routing | Amount | Date / Status |
|---|---|---|---|---|---|---|---|
| 16SRB449054U50E43 | Greater Georgia Life | 8524 | FSA and Other | 33404417190 | 061000052 | 10,000.00 USD | 27-May-16 Confirmed by Bank :116052717410900 |
| 16SRG3365SF771112 | Payroll | 8524 | Greater Georgia Life Insurance Corp | 1257627773 | 026008593 | 4,854.56 USD | 31-May-16 Confirmed by Bank :2016052700354410 |
| 1662D464P2Z0R44 | Payroll | 8524 | CertiStaff Inc | 11154319 | 031101114 | 53,387.72 USD | 2-Jun-16 Confirmed by Bank :2016060228657HU1R010811 |
| 1662E051I14L3IY79 | Payroll | 8524 | CertiStaff Inc | 003252753324 | 026008593 | 25,000.00 USD | 2-Jun-16 Confirmed by Bank :2016060200319182 |
| 1665853659UP1823 | Scroggins Williamson | 8524 | Scroggins Williamson PC | | | 23,246.14 EUR 1.1458 | 10-Jun-16 Confirmed by Bank :2016060300157281 |
| 16668369JRN0P1823 | TMF-Germany | 8524 | NexaLink Germany GmbH | DE235004000000951168800 | CQBADEFFXXX | 120,000.00 USD | 8-Jun-16 Confirmed by Bank :20160609868H7HIJ2R010241 |
| 1669E2854BP71838 | Payroll | 8524 | CertiStaff Inc | 11154319 | 031101114 | 267,132.59 USD | 8-Jun-16 Confirmed by Bank :20160609868H7HIJ2R010242 |
| 1669E3006GW0O1445 | Payroll | 8524 | CertiStaff Inc | 11154319 | 031101114 | 151,753.61 USD | 8-Jun-16 Confirmed by Bank :20160609868H7HIJ2R010373 |
| 1669E311I49S2O0N37 | Payroll | 8524 | CertiStaff Inc | 11154319 | 031101114 | 262,209.45 USD | 8-Jun-16 Confirmed by Bank :20160609868H7HIJ2R010374 |
| 1669E331I8MUP2A38 | Payroll | 8524 | CertiStaff Inc | 11154319 | 031101114 | 100,000.00 USD | 9-Jun-16 Confirmed by Bank :20160609868H7HIJ2R010384 |
| 1669G2337EI4X0221 | Focus | 8524 | Offshore Solutions | D4634647 | 124000054 | 95,185.30 USD | 9-Jun-16 Confirmed by Bank :20160609868H7HIJ2R012479 |
| 1669EE51I5SRN02191 | Payroll | 8524 | CertiStaff Inc | 11154319 | 031101114 | 62,894.15 USD | 14-Jun-16 Confirmed by Bank :20160614868H7HIJ2R009573 |
| 1669EE5Z43I6Z0F54 | Payroll | 8524 | CertiStaff Inc | 11154319 | 031101114 | 1,691.00 GBP 1.431 | 14-Jun-16 Confirmed by Bank :20160614868H7HIJ2R009574 |
| 16RFB9228IB0O786 | Payroll | 8524 | Middlesborough Council | GB11WVBK54100464586489 | NWBKGB2LXXX | 2,760.65 GBP 1.431 | 17-Jun-16 Confirmed by Bank :1606158OFAU6568DXXX032757S10 |
| 16RFB55Z0FV1I E17 | BucksBiz | 8524 | CJ Musical Properti | GB40LOYD029497006606517 | LOYDGB21029 | 13,427.21 USD | 17-Jun-16 Confirmed by Bank :500616TGR451 |
| 16RFC011I0ZZ25G3 | | 8524 | Summit Financial Resources | 412235377 | 121020624 | 72,453.87 GBP 1.4548 | 17-Jun-16 Confirmed by Bank :2016061586B7HU4R009134 |
| 166GC4021MOG02001 | TMF-UK | 8524 | Mgmt Main Client Acct | GB12MIDL40010421556193 | MIDLGB21O5E | | 20-Jun-16 Confirmed by Bank :2016061600266736 |

Company Name: NEXXLINK
Report Name: Check Register
Created On: 6/23/2016

Bank: BofA - Payroll - Bank of America
Bank: BofA - Bank of America

Account No: 7174    Account No: 8524



| Date | Payee | Document No | Txn Curr | Txn Amount | Base Curr | Amount | Cleared |
|---|---|---|---|---|---|---|---|
| 3/25/2016 | V050991--McGowin, Hanna | 4685 | USD | 900.00 | USD | 900.00 | In Transit  4/30/2016 |
| 6/22/2016 | V053651--ServiceMaster Restoration | 5134 | USD | 2,666.06 | USD | 2,666.06 | In Transit |
|  | V011179--Portside Printer Cartridges | 5133 | USD | 585.00 | USD | 585.00 | In Transit |
|  | V000465--City Of Jacksonville (Utilities) | 5132 | USD | 100.00 | USD | 100.00 | In Transit |
|  | V011179--Portside Printer Cartridges | 5131 | USD | 1,285.00 | USD | 1,285.00 | In Transit |
|  | V013470--CCI Network | 5130 | USD | 552.60 | USD | 552.60 | In Transit |
| 6/21/2016 | V001375--Swehbonus, Stacey A | 4773 | USD | 244.71 | USD | 244.71 | In Transit |
|  | V003093--Vision Financial Group Inc | 5099 | USD | 301.08 | USD | 301.08 | In Transit |
|  | V000611--exterlife.com Inc. | 5098 | USD | 5,024.00 | USD | 5,024.00 | In Transit |
|  | V003080--Time Warner Cable (TX) | 5097 | USD | 2,516.84 | USD | 2,516.84 | In Transit |
|  | V01469--Ultimate Experience | 5096 | USD | 1,900.00 | USD | 1,900.00 | In Transit |
|  | V01469--Ultimate Experience | Voided - 005095 | USD | -1,900.00 | USD | -1,900.00 | In Transit |
|  | V01469--Ultimate Experience | 5095 | USD | 1,900.00 | USD | 1,900.00 | In Transit |
|  | V003312--BCBS of GA | 4756 | USD | 2.90 | USD | 2.90 | In Transit |
| 6/20/2016 | V002079--Time Warner Cable (NE and NC) | 5093 | USD | 1,004.85 | USD | 1,004.85 | In Transit |
|  | V003237--POME INC | 5092 | USD | 1,556.21 | USD | 1,556.21 | In Transit |
|  | V000469--Cardinal Heating & Air Conditioning, I | 5091 | USD | 255.00 | USD | 255.00 | In Transit |
|  | V000593--Emera Maine | 5088 | USD | 5,970.74 | USD | 5,970.74 | In Transit |
|  | V003079--Time Warner Cable (NE and NC) | 5090 | USD | 2,505.87 | USD | 2,505.87 | In Transit |
|  | V003237--POME INC | 5089 | USD | 1,611.52 | USD | 1,611.52 | In Transit |
|  | V003237--POME INC | 5087 | USD | 1,772.28 | USD | 1,772.28 | In Transit |
|  | V001421--Time Warner Cable (NY) | 5086 | USD | 189.03 | USD | 189.03 | In Transit |
|  | V003237--POME INC | 5085 | USD | 131.15 | USD | 131.15 | In Transit |
|  | V001222--Regional Help Wanted | 5084 | USD | 340.00 | USD | 340.00 | In Transit |
| 6/17/2016 | V003296--Garren Browning | 4943 | USD | 450.00 | USD | 450.00 | In Transit |
|  | V053154--DPM CARE OF ATLANTA | 5083 | USD | 1,825.44 | USD | 1,825.44 | In Transit |
|  | V003659--Gabrielle Stubles | 5082 | USD | 184.51 | USD | 184.51 | In Transit |
|  | V053023--The Yardsmith | 5045 | USD | 4,485.33 | USD | 4,485.33 | In Transit |
| 6/16/2016 | V003660--Internal Revenue Service | 5094 | USD | 5,000.00 | USD | 5,000.00 | In Transit |
|  | V003187--CIT | 5081 | USD | 976.86 | USD | 976.86 | In Transit |
|  | V053658--Maleksha Hammonds | 5080 | USD | 220.25 | USD | 220.25 | In Transit |
|  | V053657--Evas Osman | 5079 | USD | 556.43 | USD | 556.43 | In Transit |
|  | V050693--Georgia PowerCompany | 5078 | USD | 120.41 | USD | 120.41 | In Transit |
|  | V002692--Citrix Online, LLC | 5077 | USD | 2,048.70 | USD | 2,048.70 | In Transit |
|  | V032926--Garren Browning | 4942 | USD | 71.33 | USD | 71.33 | In Transit |
|  | V011179--Portside Printer Cartridges | 5076 | USD | 611.66 | USD | 611.66 | In Transit |
|  | V011179--Portside Printer Cartridges | 5075 | USD | 2,015.00 | USD | 2,015.00 | In Transit |
|  | V011179--Portside Printer Cartridges | 5074 | USD | 405.00 | USD | 405.00 | In Transit |

| Date | Vendor | Check | Currency | Amount | Amount | Status |
|---|---|---|---|---|---|---|
| 6/15/2016 | V01343--Ernest Gagne | 5044 | USD | 243.47 | 243.47 | In Transit |
| | V03656--Angel Dadaman | 4941 | USD | 429.28 | 429.28 | In Transit |
| | V00731--Gwinnett County Police Dept. | 5073 | USD | 875.00 | 875.00 | In Transit |
| 6/14/2016 | V03602--Trevon Graves | 5072 | USD | 525.00 | 525.00 | In Transit |
| | V01375--Swinkunas, Stacey A | 4772 | USD | 232.32 | 232.32 | In Transit |
| | V00807--Indeed Inc ** | 5071 | USD | 1,987.31 | 1,987.31 | In Transit |
| | V02294--Atkins Systems | 5070 | USD | 327.50 | 327.50 | In Transit |
| | V00667--Fred's Coffee Company | 5069 | USD | 234.00 | 234.00 | In Transit |
| | V02929--Reed, Connie | 5043 | USD | 1,479.79 | 1,479.79 | In Transit |
| | V02929--Reed, Connie | Voided - 004849 | USD | -1,479.79 | -1,479.79 | In Transit |
| | V02929--Reed, Connie | 4849 | USD | 1,479.79 | 1,479.79 | In Transit |
| | V01307--Sisco, Adam | 4848 | USD | 1,700.00 | 1,700.00 | In Transit |
| 6/13/2016 | V01307--Sisco, Adam | Voided - 004845 | USD | -1,700.00 | -1,700.00 | In Transit |
| 6/10/2016 | V01244--Royal Carting Service Co. | 4771 | USD | 2,599.64 | 2,599.64 | In Transit |
| | V02266--GGG Partners, LLC | 5068 | USD | 8,227.50 | 8,227.50 | In Transit |
| | V03655--Morris, Jasmine | 5067 | USD | 586.81 | 586.81 | In Transit |
| | V03654--Wade, Clara | 5066 | USD | 404.19 | 404.19 | In Transit |
| | V03653--Jacob C. Gendreau | 4847 | USD | 563.92 | 563.92 | In Transit |
| | V03652--Bradley A. Langay | 4846 | USD | 108.05 | 108.05 | In Transit |
| 6/9/2016 | V03439--Joshua McDowell | 4845 | USD | 92.35 | 92.35 | In Transit |
| | V01451--Trusted CFO Solutions | Voided - 004735 | USD | -15,000.00 | -15,000.00 | In Transit |
| | V01451--Trusted CFO Solutions | 4735 | USD | 15,000.00 | 15,000.00 | In Transit |
| | V01451--Trusted CFO Solutions | Voided - 004735 | USD | -15,000.00 | -15,000.00 | In Transit |
| 6/8/2016 | V01451--Trusted CFO Solutions | 4735 | USD | 15,000.00 | 15,000.00 | In Transit |
| 6/7/2016 | V01451--Trusted CFO Solutions | 4735 | USD | 15,000.00 | 15,000.00 | In Transit |
| | V01307--Sisco, Adam | 4845 | USD | 1,700.00 | 1,700.00 | In Transit |
| | V03651--ServiceMaster Restoration | 4940 | USD | 3,000.00 | 3,000.00 | In Transit |
| | V03650--Saleem Moore | 4939 | USD | 222.33 | 222.33 | In Transit |
| | V03650--Saleem Moore | Voided - 004938 | USD | -222.33 | -222.33 | In Transit |
| 6/6/2016 | V01375--Swinkunas, Stacey A | 4770 | USD | 221.98 | 221.98 | In Transit |
| | V03409--Cardinal Heating & Air Conditioning, 1 | 5045 | USD | 4,430.00 | 4,430.00 | In Transit |
| | V03647--Justin Carter | 4644 | USD | 65.33 | 65.33 | In Transit |
| 6/3/2016 | V03645--JaNon Horton | 5064 | USD | 585.00 | 585.00 | In Transit |
| | V01125--Chiceo-Vaaztek Water District | 5063 | USD | 187.25 | 187.25 | In Transit |
| | V00591--McGavin, Hanna | 4937 | USD | 450.00 | 450.00 | In Transit |
| | V02929--Reed, Connie | 4843 | USD | 949.48 | 949.48 | In Transit |
| | V03602--Trevon Graves | 5042 | USD | 125.00 | 125.00 | In Transit |
| | V03645--JaNon Horton | 5041 | USD | 200.00 | 200.00 | In Transit |
| 6/2/2016 | V00460--Cioffi, Erin | 5040 | USD | 1,969.84 | 1,969.84 | In Transit |
| | V03604--Town Square Media | 4842 | USD | 400.00 | 400.00 | In Transit |

| Date | Vendor | Check | Cur | Amount | Cur | Amount | Status |
|---|---|---|---|---|---|---|---|
| 6/1/2016 | V001277--Secured Lock, Inc | 4936 | USD | 178.69 | USD | 178.69 | In Transit |
| 5/31/2016 | V000460--Cioffi, Erin | Voided - 005037 | | -1,969.84 | USD | -1,969.84 | 5/31/2016 |
| | V000696--Black Bear Inn and Conference | 5039 | USD | 340.08 | USD | 340.08 | In Transit |
| | V000831--Jackson EMC | 5038 | USD | 5,324.00 | USD | 5,324.00 | In Transit |
| 5/27/2016 | V000460--Cioffi, Erin | 5037 | USD | 1,969.84 | USD | 1,969.84 | 5/31/2016 |
| | V001644--Jorge Medley | 4935 | USD | 410.69 | USD | 410.69 | 5/31/2016 |
| | V001644--Jorge Medley | Voided - 004934 | | -410.69 | USD | -410.69 | 5/31/2016 |
| | V001644--Jorge Medley | 4934 | USD | 410.69 | USD | 410.69 | 5/31/2016 |
| | V003643--Christopher Powers | 4841 | USD | 84.50 | USD | 84.50 | 5/31/2016 |
| | V003642--Jordana Stanley | 4840 | USD | 120.31 | USD | 120.31 | 5/31/2016 |
| 5/26/2016 | V003641--Kaynan M Hodges | 5036 | USD | 650.10 | USD | 650.10 | 5/31/2016 |
| | V003640--Michelle L Ramos | 5035 | USD | 310.66 | USD | 310.66 | 5/31/2016 |
| | V003560--Angela Nunnally | 4933 | USD | 48.60 | USD | 48.60 | 5/31/2016 |
| 5/24/2016 | V003188--US POSTAL SERVICE | 5034 | USD | 98.00 | USD | 98.00 | In Transit |
| 5/23/2016 | V000991--McGowin, Hanna | 4699 | USD | 450.00 | USD | 450.00 | 5/31/2016 |
| 5/20/2016 | V000991--McGowin, Hanna | 4769 | USD | 100.00 | USD | 100.00 | 5/31/2016 |
| | V001132--Padilla, Jason | 4839 | USD | 421.99 | USD | 421.99 | 5/31/2016 |
| | V001311--Sikivinsky, David | Voided - 004837 | | -421.99 | USD | -421.99 | 5/31/2016 |
| | V001307--Sico, Adam | 4838 | USD | 294.00 | USD | 294.00 | 5/31/2016 |
| | V001311--Sikivinsky, David | 4837 | USD | 421.99 | USD | 421.99 | 5/31/2016 |
| | V000991--McGowin, Hanna | 4698 | USD | 427.99 | USD | 427.99 | 5/31/2016 |
| | V003597--Johneika Brown | Voided - 005032 | | -601.32 | USD | -601.32 | 5/31/2016 |
| | V003602--Trevon Graves | 5033 | USD | 450.00 | USD | 450.00 | 5/31/2016 |
| | V000868--Jones, Michael | 4837 | USD | 3,665.20 | USD | 3,665.20 | 5/31/2016 |
| | V003555--Empire Business Forms | 4768 | USD | 744.06 | USD | 744.06 | 5/31/2016 |
| | V003597--Johneika Brown | 5032 | USD | 601.32 | USD | 601.32 | 5/31/2016 |
| 5/18/2016 | V001411--Trusted CFO Solutions | 5031 | USD | 15,000.00 | USD | 15,000.00 | 5/31/2016 |
| | V003276--Lionel Capers | 5030 | USD | 200.00 | USD | 200.00 | 5/31/2016 |
| | V000991--McGowin, Hanna | 4697 | USD | 200.00 | USD | 200.00 | 5/31/2016 |
| | V001311--Sikivinsky, David | 4836 | USD | 200.00 | USD | 200.00 | 5/31/2016 |
| | V002963--AT&T 8002-952-7530 | 5028 | USD | 1,737.09 | USD | 1,737.09 | 5/31/2016 |
| | V002087--AT&T Global Network Services | 5029 | USD | 3,367.78 | USD | 3,367.78 | 5/31/2016 |
| | V003413--Kristen Jones | 4835 | USD | 50.00 | USD | 50.00 | 5/31/2016 |
| | V001307--Sico, Adam | 4834 | USD | 200.00 | USD | 200.00 | 5/31/2016 |
| | V001375--Swinkunas, Stacey A | 4767 | USD | 155.00 | USD | 155.00 | 5/31/2016 |
| | V001375--Swinkunas, Stacey A | 4766 | USD | 127.39 | USD | 127.39 | 5/31/2016 |
| 5/17/2016 | V003636--Christina Ruggieri | 4833 | USD | 72.05 | USD | 72.05 | 5/31/2016 |
| | V002244--Amair, LLC | 4765 | USD | 5,500.00 | USD | 5,500.00 | 5/31/2016 |
| | V003630--Central Hudson Gas & Electric 8656-0 | 5027 | USD | 219.35 | USD | 219.35 | 5/31/2016 |
| | V000611--eVerifile.com Inc. | 5026 | USD | 4,208.00 | USD | 4,208.00 | 5/31/2016 |
| 5/16/2016 | V001325--VFL Inc | 5025 | USD | 16,498.07 | USD | 16,498.07 | 5/31/2016 |

| Date | Vendor | Ref | Cur | Amount | Cur | Amount | Date |
|---|---|---|---|---|---|---|---|
| 5/13/2016 | V00597--Leo Chandler | 4832 | USD | 141.34 | USD | 141.34 | 5/31/2016 |
| | V00634--Sabrina R Smith | 4831 | USD | 233.63 | USD | 233.63 | 5/31/2016 |
| | V00633--Bianca Johnson | 4696 | USD | 416.31 | USD | 416.31 | 5/31/2016 |
| | V00532--Dawn McCullough | 4830 | USD | 53.93 | USD | 53.93 | 5/31/2016 |
| | V00831--Jill Bryer | 4829 | USD | 131.59 | USD | 131.59 | 5/31/2016 |
| | V02464--Jonathan Mill Saucier | 4828 | USD | 141.99 | USD | 141.99 | 5/31/2016 |
| | V00341--Bartee, Thompson, Sapp & Wilson LL | Voided - 005012 | USD | -12,964.39 | USD | -12,964.39 | 5/31/2016 |
| | V01479--United States Postmaster | 4764 | USD | 300.00 | USD | 300.00 | 5/31/2016 |
| | V00229--Reed, Corine | 4827 | USD | 1,247.20 | USD | 1,247.20 | 5/31/2016 |
| | V00929--Reed, Corine | 4827 | USD | 0.00 | USD | 0.00 | 5/31/2016 |
| | V01375--Swinkunas, Stacey A | 4763 | USD | 155.00 | USD | 155.00 | 5/31/2016 |
| 5/13/2016 | V00597--Ishmeka Brown | 5024 | USD | 353.52 | USD | 353.52 | 5/31/2016 |
| 5/12/2016 | V01171--Pipiora, Inc | 5022 | USD | 13,923.22 | USD | 13,923.22 | 5/31/2016 |
| | V01208--QTS | 5021 | USD | 20,136.21 | USD | 20,136.21 | 5/31/2016 |
| | V01375--Swinkunas, Stacey A | 4762 | USD | 168.37 | USD | 168.37 | 5/31/2016 |
| | V01307--Sisco, Adam | 4826 | USD | 1,000.00 | USD | 1,000.00 | 5/31/2016 |
| | V01311--Slavinsky, David | 4825 | USD | 1,400.00 | USD | 1,400.00 | 5/31/2016 |
| 5/10/2016 | V00597--Ishmeka Brown | 5020 | USD | 852.80 | USD | 852.80 | 5/31/2016 |
| 5/9/2016 | V00991--McGovin, Hanna | 4695 | USD | 450.00 | USD | 450.00 | 5/31/2016 |
| 5/6/2016 | V03627--Joseph Cbouler | 4694 | USD | 26.75 | USD | 26.75 | 5/31/2016 |
| | V04470--CCI Network | 5019 | USD | 2,634.09 | USD | 2,634.09 | 5/31/2016 |
| | V00286--AT&T Duluth | 5018 | USD | 599.52 | USD | 599.52 | 5/31/2016 |
| | V00597--Ishmeka Brown | 5017 | USD | 215.23 | USD | 215.23 | 5/31/2016 |
| | V03182--OFFICE PRIDE | 4824 | USD | 5,400.00 | USD | 5,400.00 | 5/31/2016 |
| | V03604--Town Square Media | 4823 | USD | 400.00 | USD | 400.00 | 5/31/2016 |
| 5/5/2016 | V00609--Evergreen Waste Systems | 4822 | USD | 791.94 | USD | 791.94 | 5/31/2016 |
| | V01521--Voicelong | 5016 | USD | 574.97 | USD | 574.97 | 5/31/2016 |
| | V00287--AT&T Global Network Services | 5010 | USD | 3,367.78 | USD | 3,367.78 | 5/31/2016 |
| | V00245--AT&T 8002-932-7530 | 5009 | USD | 1,730.20 | USD | 1,730.20 | 5/31/2016 |
| | V00516--CT Corporation | 5011 | USD | 972.00 | USD | 972.00 | 5/31/2016 |
| | V00067--Gas South | 5013 | USD | 492.02 | USD | 492.02 | 5/31/2016 |
| | V00083--Imagine Consulting, Inc. | 5014 | USD | 2,426.80 | USD | 2,426.80 | 5/31/2016 |
| | V00359--XL Mechanical & Energy | 5008 | USD | 1,823.10 | USD | 1,823.10 | 5/31/2016 |
| | V00063--Mana Energy Inc. | 5007 | USD | 1,814.11 | USD | 1,814.11 | 5/31/2016 |
| | V03176--L.E. Springer Inc | 5006 | USD | 50,000.00 | USD | 50,000.00 | 5/31/2016 |
| | V00583--Edge Media Group | 5005 | USD | 2,376.00 | USD | 2,376.00 | 5/31/2016 |
| 5/4/2016 | V01307--Sisco, Adam | 4821 | USD | 1,000.00 | USD | 1,000.00 | 5/31/2016 |
| | V03625--Carolyn Y Roosevelt | 5004 | USD | 161.98 | USD | 161.98 | 5/31/2016 |
| 5/3/2016 | V03624--Angela Brinson | 4693 | USD | 413.72 | USD | 413.72 | 5/31/2016 |
| | V03480--AGR Funding Inc | 4734 | USD | 974.40 | USD | 974.40 | 5/31/2016 |
| | V03387--Angela Austin | 5003 | USD | 15,845.42 | USD | 15,845.42 | 5/31/2016 |
| | V01375--Swinkunas, Stacey A | 4761 | USD | 247.34 | USD | 247.34 | 5/31/2016 |
| 5/2/2016 | | | | | | | |

| Date | Vendor | Number | Curr | Amount | Curr | Amount | Date |
|---|---|---|---|---|---|---|---|
| | V003623--Tashie J Setino | 5002 | USD | 493.85 | USD | 493.85 | 5/31/2016 |
| | V003622--Ashcrafts Lock & Door Hardware Co. | 4760 | USD | 305.45 | | 305.45 | 5/31/2016 |
| | V000595--Empire Business Forms | 4759 | USD | 589.57 | | 589.57 | 5/31/2016 |
| | V003597--Johnaka Brown | 5001 | USD | 556.48 | | 556.48 | 5/31/2016 |
| | V002929--Reed, Connie | 4820 | USD | 1,279.13 | | 1,279.13 | 5/31/2016 |
| | V000319--BANGOR PUBLISHING COMPANY | 5000 | USD | 299.00 | | 299.00 | In Transit |
| 5/1/2016 | V003441--Barbee, Thompson, Sapp & Wilson LL | 5023 | USD | 12,964.39 | | 12,964.39 | 5/31/2016 |
| | V003441--Barbee, Thompson, Sapp & Wilson LL | 5012 | USD | 12,964.39 | | 12,964.39 | 5/31/2016 |
| 4/30/2016 | V002905--Sintek Inc | 5015 | USD | 1,110.00 | | 1,110.00 | 5/31/2016 |
| 4/29/2016 | V001125--Orono-Veazie Water District | 4999 | USD | 408.54 | | 408.54 | 5/31/2016 |
| | V000921--Wesley Delaney | 4819 | USD | 344.16 | | 344.16 | 5/31/2016 |
| | V003620--Shelby Lindsey | 4818 | USD | 330.43 | | 330.43 | 5/31/2016 |
| | V003620--Shelby Lindsey | 4818 | USD | 0.00 | | 0.00 | 5/31/2016 |
| | V003619--John Cote | 4817 | USD | 65.85 | | 65.85 | 5/31/2016 |
| 4/28/2016 | V001307--Sezo, Adam | 4816 | USD | 1,000.00 | | 1,000.00 | 5/31/2016 |
| | V003618--Giovanni Kokason | 4692 | USD | 126.94 | | 126.94 | 4/30/2016 |
| | V003617--Vikki Henry | 4691 | USD | 58.68 | | 58.68 | In Transit |
| | V003616--Hudson Valley Drywall | 4759 | USD | 700.00 | | 700.00 | 5/31/2016 |
| | V003337--PDME INC | 4998 | USD | 748.75 | | 748.75 | 5/31/2016 |
| | V003337--PDME INC | 4997 | USD | 549.17 | | 549.17 | 5/31/2016 |
| | V003337--PDME INC | 4996 | USD | 424.77 | | 424.77 | 5/31/2016 |
| | V003337--PDME INC | 4993 | USD | 822.27 | | 822.27 | 5/31/2016 |
| | V000720--Greater Georgia Life | 4991 | USD | 4,923.66 | | 4,923.66 | 5/31/2016 |
| | V000831--Jackson EPIC | 4992 | USD | 4,936.00 | | 4,936.00 | 5/31/2016 |
| | V002908--Tele-Dallas, LLC | 4995 | USD | 7,041.06 | | 7,041.06 | 5/31/2016 |
| | V003142--SHI International Corp (PA) | 4994 | USD | 3,167.47 | | 3,167.47 | 5/31/2016 |
| | V003109--Trudy Gamblin | 4690 | USD | 850.00 | | 850.00 | 5/31/2016 |
| | V003576--Associated Abbey Carpet & Floors | 4990 | USD | 1,415.00 | | 1,415.00 | 5/31/2016 |
| | V000244--Amarr, LLC | 4757 | USD | 5,500.00 | | 5,500.00 | 4/30/2016 |
| | V001373--Swinburnes, Stacey A | 4756 | USD | 125.00 | | 125.00 | 4/30/2016 |
| | V003187--CTT | 4989 | USD | 325.62 | | 325.62 | 4/30/2016 |
| | V000319--BANGOR PUBLISHING COMPANY | 4815 | USD | 100.00 | | 100.00 | 5/31/2016 |
| 4/26/2016 | V001179--Portside Printer Cartridges | 4988 | USD | 285.00 | | 285.00 | 5/31/2016 |
| | V001179--Portside Printer Cartridges | 4987 | USD | 588.50 | | 588.50 | 5/31/2016 |
| | V001179--Portside Printer Cartridges | 4986 | USD | 1,038.00 | | 1,038.00 | 5/31/2016 |
| | V002962--Citrix Online, LLC | 4985 | USD | 682.90 | | 682.90 | 5/31/2016 |
| | V003615--Ironwood Insurance Services LLC | 4733 | USD | 8,227.19 | | 8,227.19 | 5/31/2016 |
| | V003614--Signs by Tomorrow | 4984 | USD | 148.40 | | 148.40 | 4/30/2016 |
| 4/25/2016 | V003614--Signs by Tomorrow | Voided - 004983 | USD | -148.40 | | -148.40 | 4/30/2016 |
| | V003604--Town Square Media | 4814 | USD | 300.00 | | 300.00 | 4/30/2016 |
| | V003614--Signs by Tomorrow | 4983 | USD | 148.40 | | 148.40 | 4/30/2016 |
| | V003614--Signs by Tomorrow | 4983 | USD | 0.00 | | 0.00 | 4/30/2016 |
| | V000991--McGowin, Hanna | 4669 | USD | 100.00 | | 100.00 | 4/30/2016 |
| 4/22/2016 | V002929--Reed, Connie | 4813 | USD | 566.91 | | 566.91 | 4/30/2016 |

| Date | Vendor | Ref | Cur | Amount | Amount | Date |
|---|---|---|---|---|---|---|
| | V01307--Sisco, Adam | 4812 | USD | 245.00 | 245.00 | 4/30/2016 |
| | V01307--Sisco, Adam | 4812 | USD | 0.00 | 0.00 | 4/30/2016 |
| | V0137--Sminkunas, Stacey A | 4755 | USD | 125.00 | 125.00 | 4/30/2016 |
| | V003413--Kristen Jones | 4811 | USD | 50.00 | 50.00 | 4/30/2016 |
| | V003597--Johneka Brown | 4932 | USD | 550.97 | 550.97 | 4/30/2016 |
| | V003597--Johneka Brown | 4931 | USD | 941.29 | 941.29 | 4/30/2016 |
| | V003602--Trevon Graves | 4930 | USD | 375.00 | 375.00 | 4/30/2016 |
| 4/21/2016 | V003602--Trevon Graves | 4930 | USD | 0.00 | 0.00 | 5/31/2016 |
| | V003059--XL Mechanical & Energy | 4810 | USD | 3,684.63 | 3,684.63 | 5/31/2016 |
| | V02023--The Yardsmith | 4809 | USD | 2,080.83 | 2,080.83 | 4/30/2016 |
| | V0143B--Transco Business Technologies | 4929 | USD | 404.91 | 404.91 | 4/30/2016 |
| | V003361--Bobby Dodd Enterprises, Inc. | 4732 | USD | 5,896.33 | 5,896.33 | 5/31/2016 |
| | V00179--Ettmann, Margaret | 4928 | USD | 260.00 | 260.00 | 4/30/2016 |
| 4/20/2016 | V000235--ATL Communications | 4926 | USD | 1,472.85 | 1,472.85 | 4/30/2016 |
| | V01431--Trusted CFO Solutions | 4927 | USD | 10,000.00 | 10,000.00 | 4/30/2016 |
| | V00595--Empire Business Forms | 4754 | USD | 331.25 | 331.25 | 4/30/2016 |
| | V00595--Empire Business Forms | 4754 | USD | 0.00 | 0.00 | 4/30/2016 |
| | V000284--Akiria Systems | 4925 | USD | 469.50 | 469.50 | 4/30/2016 |
| 4/19/2016 | V00595--Empire Business Forms | 4754 | USD | 0.00 | 0.00 | 4/30/2016 |
| | V00378--Associated Abbey Carpet & Floors | 4753 | USD | 1,415.00 | 1,415.00 | 4/30/2016 |
| | V01166--Piedmont Center 1-4 | 4924 | USD | 17,315.30 | 17,315.30 | 4/30/2016 |
| 4/18/2016 | V003466--James Monroe | 4808 | USD | 616.70 | 616.70 | 4/30/2016 |
| | V00378--Vector Security Inc | 4923 | USD | 540.63 | 540.63 | 4/30/2016 |
| | V003436--Records Management | 4922 | USD | 187.60 | 187.60 | 4/30/2016 |
| | V01027--Modern Pest Services | 4921 | USD | 94.00 | 94.00 | 4/30/2016 |
| | V000964--Maine Oxy | 4920 | USD | 204.09 | 204.09 | 4/30/2016 |
| | V000843--Jeffrey F Monn & Sons, Inc. | 4919 | USD | 67.60 | 67.60 | 4/30/2016 |
| | V00081?--CONSTELLATION ENERGY SERVICES | 4918 | USD | 68.30 | 68.30 | 4/30/2016 |
| | V00318?--CIT | 4917 | USD | 303.22 | 303.22 | 4/30/2016 |
| | V003318--East Carolina Glazing, Inc | 4913 | USD | 142.25 | 142.25 | 4/30/2016 |
| | V01279--Security Associates, Inc. | 4915 | USD | 58.98 | 58.98 | 4/30/2016 |
| | V000645--City Of Jacksonville (Utilities) | 4912 | USD | 200.00 | 200.00 | 4/30/2016 |
| | V000469--Cardinal Heating & Air Conditioning, 1 | 4911 | USD | 350.00 | 350.00 | 4/30/2016 |
| | V01201--Modern Exterminating (1291 Hargett | 4914 | USD | 125.00 | 125.00 | 4/30/2016 |
| | V01521--VoiceRing | 4916 | USD | 1,206.07 | 1,206.07 | 4/30/2016 |
| | V002979--W.B. Mason Co, Inc | 4910 | USD | 581.50 | 581.50 | 4/30/2016 |
| | V003102--Verizon 845 564 0010 178 24 5 | 4909 | USD | 81.99 | 81.99 | 4/30/2016 |
| | V003592--Verizon 451 538 924 0001 15 | 4907 | USD | 156.98 | 156.98 | 4/30/2016 |
| | V003063--Verizon 845 552 1231 976 24 8 | 4908 | USD | 179.21 | 179.21 | 4/30/2016 |
| | V01408--The Print Shop | 4906 | USD | 298.70 | 298.70 | 4/30/2016 |
| | V003066--CD Murry & Company | 4905 | USD | 185.00 | 185.00 | 4/30/2016 |
| | V003572--Armor Lock & Security Inc | 4904 | USD | 511.76 | 511.76 | 4/30/2016 |
| | V002973--CT Lien Solutions | 4903 | USD | 151.00 | 151.00 | 4/30/2016 |
| | V03613--BB&T Bank | 4902 | USD | 243.93 | 243.93 | 4/30/2016 |
| 4/15/2016 | V03613--BB&T Bank | 4901 | USD | 243.26 | 243.26 | 4/30/2016 |
| | V03613--BB&T Bank | 4900 | USD | 356.48 | 356.48 | 4/30/2016 |

| Date | Vendor | Check # | Cur | Amount | Cur | Amount | Date |
|---|---|---|---|---|---|---|---|
| | V03613--BB&T Bank | 4899 | USD | 243.59 | USD | 243.59 | 4/30/2016 |
| | V00237--PDME INC | 4898 | USD | 1,536.24 | USD | 1,536.24 | 4/30/2016 |
| | V00237--PDME INC | Voided - 004894 | USD | -1,358.52 | USD | -1,358.52 | 4/30/2016 |
| | V00237--PDME INC | 4897 | USD | 1,624.44 | USD | 1,624.44 | 4/30/2016 |
| | V03176--PDME INC | 4896 | USD | 1,619.62 | USD | 1,619.62 | 4/30/2016 |
| | V00237--PDME INC | 4895 | USD | 2,771.20 | USD | 2,771.20 | 4/30/2016 |
| 4/14/2016 | V00237--PDME INC | 4894 | USD | 1,358.52 | USD | 1,358.52 | 4/30/2016 |
| | V03597--Johneka Brown | 4893 | USD | 184.53 | USD | 184.53 | 4/30/2016 |
| | V00361Z--Commissioner of Taxation & Finance | 4892 | USD | 372.66 | USD | 372.66 | 4/30/2016 |
| | V01307--Sisco, Adam | 4807 | USD | 1,000.00 | USD | 1,000.00 | 4/30/2016 |
| | V03511--Shawn Robif | 4688 | USD | 426.49 | USD | 426.49 | 4/30/2016 |
| | V00991--McGown, Hanna | 4687 | USD | 705.00 | USD | 705.00 | 4/30/2016 |
| 4/13/2016 | V00237--PDME INC | 4686 | USD | 450.00 | USD | 450.00 | 4/30/2016 |
| | V01433--Town of Newburgh | 4891 | USD | 50.00 | USD | 50.00 | 4/30/2016 |
| | V01171--Popkins, Inc | 4890 | USD | 13,923.22 | USD | 13,923.22 | 4/30/2016 |
| | V03609--D.A.B. Custom Exteriors & Remodelin | 4889 | USD | 3,030.71 | USD | 3,030.71 | 4/30/2016 |
| | V02900B--Tek-Dallas, LLC | 4888 | USD | 10,453.53 | USD | 10,453.53 | 4/30/2016 |
| | V03610--Maine Revenue Services | 4887 | USD | 87.19 | USD | 87.19 | 4/30/2016 |
| | V02480--AGR Funding Inc | 4885 | USD | 4,732.80 | USD | 4,732.80 | 4/30/2016 |
| 4/12/2016 | V01208--QTS | 4886 | USD | 33,829.19 | USD | 33,829.19 | 4/30/2016 |
| | V03470--CCI Network | 4884 | USD | 2,978.75 | USD | 2,978.75 | 4/30/2016 |
| | V00087--AT&T Global Network Services | 4883 | USD | 3,367.78 | USD | 3,367.78 | 4/30/2016 |
| | V02963--AT&T 8002-932-7530 | 4882 | USD | 1,730.20 | USD | 1,730.20 | 4/30/2016 |
| | V00286--AT&T Duluth | 4881 | USD | 573.18 | USD | 573.18 | 4/30/2016 |
| | V03079--Time Warner Cable (ME and NC) | 4880 | USD | 2,469.32 | USD | 2,469.32 | 4/30/2016 |
| | V01421--Time Warner Cable (NY) | 4879 | USD | 1,459.57 | USD | 1,459.57 | 4/30/2016 |
| | V03079--Time Warner Cable (ME and NC) | 4878 | USD | 990.00 | USD | 990.00 | 4/30/2016 |
| 4/8/2016 | V00832--Jackson Plumbing | 4806 | USD | 97.00 | USD | 97.00 | 4/30/2016 |
| | V03083--K&A Self Funded | 4877 | USD | 7,140.65 | USD | 7,140.65 | 4/30/2016 |
| 4/7/2016 | V03330--Adecco Employment Services | 4876 | USD | 12,281.29 | USD | 12,281.29 | 4/30/2016 |
| | V03082--American Funds US Investment LP | 4875 | USD | 33,055.46 | USD | 33,055.46 | 4/30/2016 |
| | V03174--L.E. Springer Inc | 4874 | USD | 50,000.00 | USD | 50,000.00 | 4/30/2016 |
| | V01160--Paterson Properties LLC | 4873 | USD | 28,923.17 | USD | 28,923.17 | 4/30/2016 |
| | V00042--Chaparro, Mike | 4752 | USD | 742.94 | USD | 742.94 | 4/30/2016 |
| | V00607--Jeannette Fuentes | 4751 | USD | 66.45 | USD | 66.45 | 4/30/2016 |
| | V03650--Tiana Edwards | 4750 | USD | 207.91 | USD | 207.91 | 4/30/2016 |
| | V03605--Daniel Sweetney | 4805 | USD | 315.46 | USD | 315.46 | 4/30/2016 |
| | V00361--Bobby Dodd Enterprises, Inc. | 4731 | USD | 5,900.00 | USD | 5,900.00 | 4/30/2016 |
| | V03182--OFFICE PRIDE | 4804 | USD | 5,400.00 | USD | 5,400.00 | 4/30/2016 |
| | V01307--Sisco, Adam | 4803 | USD | 1,200.00 | USD | 1,200.00 | 4/30/2016 |
| | V03159--FORMAX A DIVISION OF BESCORP IN | 4872 | USD | 554.68 | USD | 554.68 | 4/30/2016 |
| | V00807--Indeed Inc ** | 4871 | USD | 2,600.48 | USD | 2,600.48 | 4/30/2016 |
| | V03597--Johneka Brown | 4870 | USD | 357.56 | USD | 357.56 | 4/30/2016 |
| | V03597--Johneka Brown | 4869 | USD | 472.92 | USD | 472.92 | 4/30/2016 |
| 4/6/2016 | V03604--Town Square Media | 4802 | USD | 500.00 | USD | 500.00 | 4/30/2016 |

| Date | Vendor | Check # | Currency | Amount | Amount | Date |
|---|---|---|---|---|---|---|
| | V00187--Preside Technology Capital, LLC | 4867 | USD | 7,437.92 | 7,437.92 | 3/31/2016 |
| | V00304B--Western Equipment Finance | 4868 | USD | 825.00 | 825.00 | 4/30/2016 |
| 4/5/2016 | V00360--Jodi Sutherland | 4801 | USD | 975.84 | 975.84 | 4/30/2016 |
| | V00387--Argelia Austin | 4866 | USD | 4,241.16 | 4,241.16 | 4/30/2016 |
| 4/4/2016 | V03502--Trevon Graves | 4865 | USD | 350.00 | 350.00 | 4/30/2016 |
| 4/1/2016 | V01241--Rosalie Pettine | 4749 | USD | 1,500.00 | 1,500.00 | 4/30/2016 |
| | V00960I--Connolly Plumbing | 4864 | USD | 314.18 | 314.18 | 4/30/2016 |
| | V00332--BOLS of GA | 4863 | USD | 81.20 | 81.20 | 4/30/2016 |
| | V02929--Reed, Connie | 4800 | USD | 1,089.68 | 1,089.68 | 4/30/2016 |
| 3/31/2016 | V01268--Arachkavez, Mrinda | 4862 | USD | 2,640.00 | 2,640.00 | 4/30/2016 |
| | V00442--Chapamo, Mike | 4299 | USD | 500.00 | 500.00 | 4/30/2016 |
| | V03597--Johneka Brown | 4861 | USD | 407.73 | 407.73 | 4/30/2016 |
| | V01307--Sisco, Adam | 4799 | USD | 750.00 | 750.00 | 4/30/2016 |
| 3/30/2016 | V00315A--DPH CARE OF ATLANTA | 4860 | USD | 456.36 | 456.36 | 4/30/2016 |
| 3/29/2016 | V03560--Marjam Supply Company | 4298 | USD | 655.52 | 655.52 | 4/30/2016 |
| | V02962--Citrix Online, LLC | 4859 | USD | 579.84 | 579.84 | 4/30/2016 |
| | V03598--Jason Pepper | 4528 | USD | 106.69 | 106.69 | 3/31/2016 |
| | V00772--Holzthum,Karl aka CxMExchange LLC | 4858 | USD | 1,035.34 | 1,035.34 | 5/31/2016 |
| 3/28/2016 | V01451--Trusted CFO Solutions | 4858 | USD | -10,000.00 | -10,000.00 | 4/30/2016 |
| | V00807--Indeed Inc ** | 4857 | USD | 2,000.70 | 2,000.70 | 4/30/2016 |
| | V01241--Rosalie Pettine | 4297 | USD | 1,500.00 | 1,500.00 | 3/31/2016 |
| | V00991--McGowin, Hanna | Voided - 004684 | USD | -900.00 | -900.00 | 3/31/2016 |
| 3/24/2016 | V01451--Trusted CFO Solutions | 4730 | USD | 10,000.00 | 10,000.00 | 3/31/2016 |
| | V01451--Trusted CFO Solutions | 4856 | USD | 10,000.00 | 10,000.00 | 3/31/2016 |
| | V01398--The 2460 Peachtree | 4854 | USD | 185.29 | 185.29 | 4/30/2016 |
| | V00400--The Coffee Cup, Inc | 4855 | USD | 413.80 | 413.80 | 3/31/2016 |
| 3/23/2016 | V01244--Royal Carting Service Co. | 4853 | USD | 1,772.64 | 1,772.64 | 3/31/2016 |
| | V00361--Bobby Dodd Enterprises, Inc. | 4729 | USD | 5,500.00 | 5,500.00 | 3/31/2016 |
| | V00861I--Jackson EMC | 4852 | USD | 4,585.40 | 4,585.40 | 3/31/2016 |
| | V00330--Adecco Employment Services | 4851 | USD | 12,281.29 | 12,281.29 | 3/31/2016 |
| | V00327--Lionel Capers | 4850 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V03597--Johneka Brown | 4849 | USD | 734.53 | 734.53 | 3/31/2016 |
| | V01311--Slavinsky, David | 4527 | USD | 900.00 | 900.00 | 3/31/2016 |
| 3/22/2016 | V00991--McGowin, Hanna | 4684 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V00720--Greater Georgia Life | Voided - 004650 | USD | -14,932.11 | -14,932.11 | 3/31/2016 |
| 3/21/2016 | V00720--Greater Georgia Life | 4650 | USD | 14,932.11 | 14,932.11 | 3/31/2016 |
| | V03596--Joshua Davis | 4649 | USD | 72.54 | 72.54 | 3/31/2016 |
| | V03595--Christopher Mabry | 4683 | USD | 110.63 | 110.63 | 3/31/2016 |
| | V03594--Anna Perez Burns | 4682 | USD | 116.50 | 116.50 | 3/31/2016 |
| | V00807--Indeed Inc ** | 4648 | USD | 2,002.06 | 2,002.06 | 3/31/2016 |

| Date | Name | Check | Cur | Amount | Amount | Date |
|---|---|---|---|---|---|---|
| 3/18/2016 | V00357F--Associated Abbey Carpet & Floors | 4296 | USD | 3,100.00 | 3,100.00 | 3/31/2016 |
| | V00342?--Paul Murphy | 4647 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V00327E--Lionel Capers | Voided - 004642 | USD | -900.00 | -900.00 | 3/31/2016 |
| | V03593--Rae McClenton | 4681 | USD | 187.60 | 187.60 | 3/31/2016 |
| | V03591--Rodney Stokes | 4680 | USD | 185.09 | 185.09 | 3/31/2016 |
| | V03590--Jennifer Pavuk | 4679 | USD | 354.71 | 354.71 | 3/31/2016 |
| | V02905--Sirtex Inc | 4646 | USD | 1,980.00 | 1,980.00 | 3/31/2016 |
| | V01304--SimpleGrinell LP | 4945 | USD | 1,987.55 | 1,987.55 | 3/31/2016 |
| | V00080J--Imagine Consulting, Inc. | 4644 | USD | 3,464.80 | 3,464.80 | 3/31/2016 |
| | V01525--VPI, Inc | 4643 | USD | 16,498.07 | 16,498.07 | 3/31/2016 |
| | V00327E--Lionel Capers | 4642 | USD | 900.00 | 900.00 | 3/31/2016 |
| 3/17/2016 | V00222--ABC Home & Commercial Services | 4641 | USD | 135.31 | 135.31 | 3/31/2016 |
| | V03192J--Cecelia Jones | 4673 | USD | 61.91 | 61.91 | 3/31/2016 |
| | V01217--Reardon, Timothy | 4326 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V01311--Slavinsky, David | Voided - 004326 | USD | -900.00 | -900.00 | 3/31/2016 |
| | V01311--Slavinsky, David | 4526 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V00991--McGowin, Hanna | 4578 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V03589--Kayron May | 4577 | USD | 61.91 | 61.91 | 3/31/2016 |
| | V03598--James McBride | 4576 | USD | 61.91 | 61.91 | 3/31/2016 |
| | V03587--Brenda Kvasnicka | 4575 | USD | 61.91 | 61.91 | 3/31/2016 |
| | V03586--Arnold Kessenger | 4674 | USD | 61.91 | 61.91 | 3/31/2016 |
| | V03585--Keith Davis | 4672 | USD | 329.16 | 329.16 | 3/31/2016 |
| 3/16/2016 | V03584--Sylvia Bennett | 4671 | USD | 61.91 | 61.91 | 3/31/2016 |
| | V00327E--Lionel Capers | 4640 | USD | 166.98 | 166.98 | 3/31/2016 |
| | V01307--Slezo, Adam | 4525 | USD | 245.00 | 245.00 | 3/31/2016 |
| 3/15/2016 | V03023--The Yardsmith | 4524 | USD | 2,080.83 | 2,080.83 | 3/31/2016 |
| | V00040S--Cardinal Heating & Air Conditioning, I | 4670 | USD | 595.00 | 595.00 | 3/31/2016 |
| | V03582--Florida Department of Revenue | 4639 | USD | 660.00 | 660.00 | 3/31/2016 |
| | V00160--Peterson Properties LLC | 4638 | USD | 27,545.87 | 27,545.87 | 3/31/2016 |
| | V00080?--Indeed Inc ** | 4637 | USD | 2,001.32 | 2,001.32 | 3/31/2016 |
| 3/14/2016 | V03082--American Funds US Investment LP | 4636 | USD | 33,055.46 | 33,055.46 | 3/31/2016 |
| | V00991--McGowin, Hanna | 4669 | USD | 759.00 | 759.00 | 3/31/2016 |
| | V00991--McGowin, Hanna | Voided - 004667 | USD | -759.00 | -759.00 | 3/31/2016 |
| | V00991--McGowin, Hanna | 4668 | USD | 450.00 | 450.00 | 3/31/2016 |
| | V00991--McGowin, Hanna | 4667 | USD | 759.00 | 759.00 | 3/31/2016 |
| 3/11/2016 | V03581--WI8ZN+FM | 4523 | USD | 649.00 | 649.00 | 3/31/2016 |
| | V03580--Antoinette Hawkins | 4635 | USD | 448.78 | 448.78 | 3/31/2016 |
| | V03579--David Stapleton | 4295 | USD | 87.25 | 87.25 | 3/31/2016 |
| | V02929--Reed, Connie | 4522 | USD | 2,157.30 | 2,157.30 | 3/31/2016 |
| | V03577--Norcut Shredding | 4294 | USD | 1,763.90 | 1,763.90 | 3/31/2016 |
| | V00357F--Associated Abbey Carpet & Floors | 4293 | USD | 3,000.00 | 3,000.00 | 3/31/2016 |
| | V01179--Portside Printer Cartridges | 4634 | USD | 670.00 | 670.00 | 3/31/2016 |
| | V01179--Portside Printer Cartridges | 4633 | USD | 232.00 | 232.00 | 3/31/2016 |
| | V01179--Portside Printer Cartridges | 4632 | USD | 1,585.00 | 1,585.00 | 3/31/2016 |
| | V01179--Portside Printer Cartridges | 4631 | USD | 320.00 | 320.00 | 3/31/2016 |

**Bill.com 06-NexxPhase - Bill.com Clearing 06-NexxPhase**

**Account No:**

| Date | Vendor | Check/Ref | Currency | Amount | Amount | Cleared |
|---|---|---|---|---|---|---|
| 3/10/2016 | V03048—Western Equipment Finance | 4630 | USD | 4,513.02 | 4,513.02 | 3/31/2016 |
| | V03249—Wells Fargo Financial Leasing 663-00: | 4629 | USD | 5,675.00 | 5,675.00 | 3/31/2016 |
| | V01187—Presidio Technology Capital, LLC | 4627 | USD | 9,122.81 | 9,122.81 | 3/31/2016 |
| | V01208—QTS | 4628 | USD | 20,254.11 | 20,254.11 | 3/31/2016 |
| | V03379—Broad Voxgo, LLC - Network Billings | 4626 | USD | 2,827.21 | 2,827.21 | 3/31/2016 |
| | V03270—Lionel Capers | 4625 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V01311—Slavinsky, David | 4521 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V01307—Sisco, Adam | 4520 | USD | 1,000.00 | 1,000.00 | 3/31/2016 |
| | V00981—McGowen, Hanna | 4666 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V03566—Edmund J Nolan III | 4519 | USD | 552.01 | 552.01 | 3/31/2016 |
| 3/9/2016 | V00244—Amax, LLC | 4292 | USD | 3,590.00 | 3,590.00 | 3/31/2016 |
| | V02982—Citrix Online, LLC | 4624 | USD | 688.41 | 688.41 | 3/31/2016 |
| 3/7/2016 | V03176—L.E. Springer Inc | 4623 | USD | 50,000.00 | 50,000.00 | 3/31/2016 |
| 3/4/2016 | V01166—Piedmont Center I-4 | 4622 | USD | 15,751.32 | 15,751.32 | 3/31/2016 |
| | V00963—Maine Energy Inc. | 4621 | USD | 4,635.99 | 4,635.99 | 3/31/2016 |
| | V00423—Central Hudson Gas 8856-0360-00-9 | 4619 | USD | 4,805.87 | 4,805.87 | 3/31/2016 |
| | V03573—Maryland Dpt of Assessments & Taxal | 4728 | USD | 192.00 | 192.00 | 3/31/2016 |
| | V03048—Western Equipment Finance | 4618 | USD | 3,965.99 | 3,965.99 | 3/31/2016 |
| | V03142—SHI International Corp (PA) | 4617 | USD | 2,995.86 | 2,995.86 | 3/31/2016 |
| | V00446—Charter Communications | 4615 | USD | 145.00 | 145.00 | 3/31/2016 |
| | V03083—KBA Self Funded | 4616 | USD | 2,889.08 | 2,889.08 | 3/31/2016 |
| | V00332—BCDS of GA | 4614 | USD | 87.00 | 87.00 | 3/31/2016 |
| | V00480—AGR Funding Inc | 4613 | USD | 571.52 | 571.52 | 3/31/2016 |
| | V00286—AT&T Duluth | 4612 | USD | 4,350.00 | 4,350.00 | 3/31/2016 |
| | V03573—Maryland Dpt of Assessments & Taxal | Voided - 004727 | USD | -192.00 | -192.00 | 3/31/2016 |
| | V03182—OFFICE PRIDE | 4518 | USD | 5,400.00 | 5,400.00 | 3/31/2016 |
| | V00361—Bobby Dodd Enterprises, Inc. | 4726 | USD | 5,100.00 | 5,100.00 | 3/31/2016 |
| 3/3/2016 | V01455—Trusted CFO Solutions | 4725 | USD | 10,000.00 | 10,000.00 | 3/31/2016 |
| | V00427—Paul Murphy | 4611 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V03270—Lionel Capers | Voided - 004610 | | -900.00 | -900.00 | 3/31/2016 |
| | V00991—McGowen, Hanna | 4665 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V03270—Lionel Capers | 4610 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V01311—Slavinsky, David | 4517 | USD | 900.00 | 900.00 | 3/31/2016 |
| | V03571—Siaty Motoye | 4291 | USD | 366.89 | 366.89 | 3/31/2016 |
| | V02929—Reed, Connie | 4516 | USD | 840.50 | 840.50 | 3/31/2016 |
| | V01307—Sisco, Adam | 4515 | USD | 1,000.00 | 1,000.00 | 3/31/2016 |
| | V00409—Cardinal Heating & Air Conditioning, I | 4699 | USD | 170.00 | 170.00 | 3/31/2016 |
| 3/2/2016 | V00831—Jackson BMC | 4608 | USD | 4,598.00 | 4,598.00 | 3/31/2016 |
| 3/11/2016 | V03441—Barbee, Thompson, Sapp & Wilson L | 4856 | USD | 10,000.00 | 10,000.00 | 4/30/2016 |
| 5/27/2016 | V03543—Christopher Powers | 4841 | USD | 0.00 | 0.00 | In Transit |

3/17/2016

V003503—Cecelia Jones
V003503—Cecelia Jones

Voided - 004673
4673

USD
USD

-61.91    USD
61.91    USD

-61.91    In Transit
61.91    In Transit





# Attachment 26d.1

## Financials Provided Within Last 2 Years

| BB&T | Frequency | Reports | Contact | Address | Email |
|---|---|---|---|---|---|
| Action Capital | Monthly | Profit & Loss, Balance Sheet, AR, AP aging Reports | Kirk Douglas | 13000 Deerfield Pkwy, Ste 350, Alpharetta, GA 30004 | kDouglas@BBandT.com |
| Bibby Financial Services | Monthly | Profit & Loss, Balance Sheet, AR, AP aging Reports | Chris Keller | 230 Peachtree Street, Suite 1910, Atlanta, GA 30303 | chris@actioncapital.com |
| Fifth Third Bank | As Needed | Due Diligence for debt financing | Blake Kennedy | 1030 West End Avenue, Suite 450, Nashville, TN 37203 United States | bkennedy@bibbyusa.com |
| Private Bank | As Needed | Due Diligence for debt financing | Dan Dornhbauer | 3344 Peachtree Road NE Suite 800 Atlanta, GA 30326 | Daniel.Dornhbauer@53.com |
| ThermoCredit | As Needed | Due Diligence for debt financing | | | |
| Chatham | As Needed | Due Diligence for debt financing | Scott Kray | 2 Gatehall Drive, Parsippany, NJ 07054-4521 | skray@chathamcapital.com |
| GGG Partners, LLC | As Needed | Due Diligence for debt financing | Rick Kashner | 400 Galleria Parkway, Suite 1950, Atlanta GA 30339 | rick_kashner@... |
| Salus Capital Partners, LLC | As Needed | Due Diligence for debt financing | Rob Kashner | 3155 Roswell Road NE Suite 120, Atlanta GA 30305 | gbbergeron@gggpartners.com |
| Lighthouse Financial Corp | As Needed | Due Diligence for debt financing | Mark Smithauser | 1319 Saluda Road Knoxville, TN 37922 | msmithauser@triumphcf.com |
| Triumph Commercial Finance | As Needed | Due Diligence for debt financing | Al Foster | 3485 Harold Street, Oceanside, NY 11572 | afoster@lighthousefinancial.net |
| Lighthouse Financial | As Needed | Due Diligence for debt financing | Ron Williamson | 925 West Market Street, Greensboro, NC 27401 | rwilliamson@wilcocap.com |
| Wilco Capital | As Needed | Due Diligence for debt financing | Rusty Brannath | 104 23rd Street, Suite 150, Birmingham, AL 35233 | NMcDaniel@firstcapital.com |
| Marquette Business Credit LLC (First Capital) | As Needed | Due Diligence for debt financing | David Fisher | 3915 Roswell Street NE, Suite 120, Atlanta, Georgia, 30326 | dfisher@midcapbc.com |
| MidCap Business Credit | As Needed | Due Diligence for debt financing | Christopher Mitchell | 16210 Henderson Road, Milton GA 30004 | cmitchell@hitachibusinessfinance.com |
| Azistar Business Credit | As Needed | Due Diligence for debt financing | David Mitchell | 3630 Peachtree Road, NE, Suite 1050, Atlanta, GA 30326 | |
| Hitachi Business Finance | As Needed | Due Diligence for debt financing | Guy Cameranigo | 800 West University Dr., Rochester, MI 48307 | gov.cameranigo@marquette.com |
| Bridge Bank | As Needed | Due Diligence for debt financing | Rob Gittrich | 3343 Peachtree Road, N.E., East Tower, Suite 312, Atlanta GA 30326 | rgittrich@cvp?.com |
| Marquette Business Credit, Inc. | As Needed | Due Diligence for debt financing | Maura A. McKenna | 1257 TownPark Lane, Suite 350, Kennesaw GA 30144 | maura.mckenna@atlcapbank.com |
| Credit Value Partners, LP | As Needed | Due Diligence for debt financing | Mark Tipton, CEO | 3102 West End Avenue, Suite 400, Nashville, TN 37203 | mark.tipton@gacommercebank.com |
| Atlantic Capital Bank | As Needed | Due Diligence for debt financing | Sherwood McDuffie | 3280 Peachtree Road, N.E., Suite 1600, Atlanta GA 30305 | sherwood.mcduffie@suntrust.com |
| GA Commerce Bank | As Needed | Due Diligence for debt financing | Christopher Gousalos | 3625 Cumberland Boulevard, Building Two, Atlanta GA 30339 | cgousalos@saluscapital.com |
| SunTrust | As Needed | Due Diligence for debt financing | Justin McLean | 3333 Peachtree Road, NE, 9th Floor, Atlanta, GA 30326 | jmclean@alliedcapitalcorp.com |
| Salus Capital Partners, LLC | As Needed | Due Diligence for debt financing | Prafir Mattal | Out of business | jmclean@duartmull.com |
| Allied Financial | As Needed | Due Diligence for debt financing | Tom Harbin | 1230 Peachtree Street, NE, Suite 3540, Atlanta, GA 30309 | pmattal@agemva.com |
| Duart Mull Capital Partners | As Needed | Due Diligence for Equity financing | Mark Szichecka | 1837 Mt. Vernon Rd, Ste 200, Atlanta, GA 30338 | tharbin@sourcecapital.com |
| Agemva Capital | As Needed | Due Diligence for Equity financing | Sg Mosley, CEO | 75 14th Street, Suite 2700, Atlanta, GA 30309 | mszichecka@pbcap.com |
| Source Capital | As Needed | Due Diligence for Equity financing | Neil White | 200 W. Madison St., Suite 3910, Chicago, IL 60606 | smosley@mosleyvc.com |
| Palm Beach Capital | As Needed | Due Diligence for Equity financing | Trevor Allen | 75 14th Street, NW, Suite 328, Atlanta, GA 30308 | nwhite@iqor.com |
| Mosley Ventures | As Needed | Due Diligence for Equity financing | | | |
| iQor/ Xecxere Advisors/Huntsman Gay Capital | As Needed | Due Diligence for Sale of Business | Richard Mondine | 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076 | trevor.allen@hgcapitalsector.com |
| QualFon | As Needed | Due Diligence for Sale of Business | Casey Croteka | 219 Perimeter Center Parkway NE, Suite 200, Atlanta, GA 30346 | richard.mondine@qualfon.com |
| GI | As Needed | Due Diligence for Sale of Business | Mark Wilson | 4355 Cobb Parkway, Suite 562, Atlanta, GA 30339 | |
| Convergent | As Needed | Due Diligence for Sale of Business | John Harrison | 618 Church Street, Ste 500, Nashville TN 37219 | |
| Chime | As Needed | Due Diligence for Sale of Business | | | |
| Harbert Management Corp. | As Needed | Due Diligence for Sale of Business | William Gregory | 840 Kennesaw Avenue, Suite 1-B, Marietta, GA 30060 | william@gregorycapital.com |
| Gregory Capital, LLC | As Needed | Valuation of equity for all co-debtors | | | |

Debtor    **NexxLinx Corporation, Inc.**                                Case number *(if known)*  **16-61225**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/12/16**

/s/ D. Alan Quarterman                              **D. Alan Quarterman**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **NexxLinx Corporation, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **16-61225** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 8524 | $16,266.66 |
| 3.2. | Bank of America | Checking | 7190 | $3,961.61 |
| 3.3. | Bank of America | Checking | 7174 | $1,402.23 |
| 3.4. | Branch Banking & Trust Co. | Checking | 2567 | $0.00 |
| 3.5. | Branch Banking & Trust Co. | Checking | 3768 | $15,659.97 |
| 3.6. | Branch Banking & Trust Co. | Checking | 3776 | $15,572.22 |
| 3.7. | Branch Banking & Trust Co. | Checking | 2153 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **NexxLinx Corporation, Inc.**
_____    Case number *(if known)*  **16-61225**  _____
Name

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                    | **$52,862.69** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | 9/22/09 - Peterson Properties LLC - Deposit for 1291 Hargett Street | $20,625.00 |
| 7.2. | 11/2/09 - Peterson Properties LLC - Security Deposit Remainder | $20,625.00 |
| 7.3. | 1/15/10 - Progress Energy | $3,087.00 |
| 7.4. | 1/21/10 - City of Jacksonville (Water) - Activation of Water and Sewer Service for 1291 Hargett Street | $310.00 |
| 7.5. | 8/10/10 - Progress Energy - Electric Deposit | $1,929.00 |
| 7.6. | 2/9/12 - Progress Energy - Increase in Deposit Amount | $2,387.00 |
| 7.7. | 4/2/12 - North Industrial Development Corp - First Month's Rent Deposit for New Building | $26,360.00 |
| 7.8. | 4/2/12 - North Industrial Development Corp - Last Month's Rent Deposit for New Building | $29,062.50 |
| 7.9. | 2/21/13 - Central Hudson Gas 8670 0851 02-4 - Deposit for NexxLinx 139 West Street, Building 3, Newburgh, NY 12550 | $2,726.00 |
| 7.10. | 5/2/13 - Business Park Investors - Deposit with Business Park Investment, Norcross | $6,919.00 |
| 7.11. | 5/13/13 - Riva Rentals Rotterdam - Deposit for Apartment in Rotterdam - 1,850.00 Euros | $2,508.97 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor __NexxLinx Corporation, Inc._____      Case number *(if known)* __16-61225__
        Name

| | | |
|---|---|---|
| 7.12 | 10/4/13 - IVG Institutional Funds GMBH-Breckinridge - One-Half Security Deposit for 3100 Breckinridge | $26,080.73 |
| 7.13 | 12/10/13 - BBS Nurmberg Buro und Business Serv - Deposit on Nurmberg Office | $4,598.14 |
| 7.14 | 3/5/14 - Jackson EMC - Deposit for Duluth Location | $13,000.00 |
| 7.15 | 9/16/14 - City of Jacksonville (Water) - Deposit for 1235 Hargett Street Location | $150.00 |
| 7.16 | 9/16/14 - Duke Energy Progress - Deposit for 1235 Hargett Street | $682.00 |
| 7.17 | 3/31/15 - Centre Unit Trust Rent Collection Account 7894 gbp | $8,005.57 |
| 7.18 | 4/3/15 - Vision Financial Lease - Vision Financial Lease 414501-01 | $53,926.42 |
| 7.19 | 4/30/15 - Vision Financial Lease - Vision Financial Lease 414503-02 | $6,273.90 |
| 7.20 | 7/31/15 - The Centre Unit Trust - Office Rent at Middlesbrough | $17,369.80 |
| 7.21 | 5/11/16 - Central Hudson Gas 8656 0365 05-7 - Deposit for 5 Jeanne Drive, Suite 5, NY | $300.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Coface - Policy NXL1-488108502 | $9,062.50 |
| 8.2. | Ironwood Insurance Serv - Hanover - Crime | $3,222.00 |
| 8.3. | Ironwood Insurance Serv - AIG D&O Coverage | $1,380.06 |

Debtor    **NexxLinx Corporation, Inc.**
Name

Case number *(If known)*  **16-61225**

|   |   |   |
|---|---|---|
| 8.4. | Ironwood Insurance Serv - Illinois Union Ins Co - Professional Liability | $3,625.13 |

|   |   |   |
|---|---|---|
| 8.5. | SkillSoft Corp - Licensing & Software Fee | $8,829.17 |

| 9. | **Total of Part 2.** | |
|---|---|---|
|   | Add lines 7 through 8. Copy the total to line 81. | $276,544.89 |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 3,720,875.04 | - | 0.00 | = .... | $3,720,875.04 |
|---|---|---|---|---|---|
|   | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 664,819.87 | - | 0.00 | = .... | $664,819.87 |
|---|---|---|---|---|---|
|   | face amount | | doubtful or uncollectible accounts | | |

*All A/R are reported on a consolidated basis for the six co-debtor entities*

| 12. | **Total of Part 3.** | |
|---|---|---|
|   | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $4,385,694.91 |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

|   |   | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |

| 15.1. | **SaviLinx** | 19 | % | | Unknown |
|---|---|---|---|---|---|
| 15.2. | **NexxLinx Global, Inc.** | 100 | % | | Unknown |
| 15.3. | **CustomerLinx of North Carolina, Inc.** | 100 | % | | Unknown |

Debtor    <u>NexxLinx Corporation, Inc.</u>                          Case number *(If known)*  **16-61225**
Name

| | | | | |
|---|---|---|---|---|
| 15.4. | **Microdyne Outsourcing, Inc.** | **100** | % | **Unknown** |
| 15.5. | **NexxLinx of New York, Inc.** | **100** | % | **Unknown** |
| 15.6. | **NexxLinx of Texas, Inc.** | **100** | % | **Unknown** |
| 15.7. | **NexxLinx UK** | **100** | % | **Unknown** |
| 15.8. | **NexxLinx Germany GmbH** | **100** | % | **Unknown** |
| 15.9. | **NexxPhase** | **100** | % | **Unknown** |

16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

17.    **Total of Part 4.**                                                                                        | **$0.00** |
Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    Office furniture<br>General office furniture | $33,442.62 | FMV | $2,500.00 |

40.    Office fixtures

| Debtor | **NexxLinx Corporation, Inc.** | | Case number *(If known)* | **16-61225** |
|--------|------|---|-------------------------|--------------|
| | Name | | | |

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | | |
|-----|----|---|----|----|----|
| | Computers and equipment | $13,503.50 | FMV | | $5,000.00 |
| | Software | $22,945.64 | FMV | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $7,500.00 |
|---|-----------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|----------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---------|-------------------|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Two Piedmont Center, 3565 Piedmont Road, NE, Suite 310, Atlanta, GA 30305** | Leasehold | Unknown | N/A | Unknown |
| 55.2. **Building 200 of Breckenridge Place, 3100 Breckenridge Boulevard, Duluth, GA 30096** | Leasehold | Unknown | N/A | Unknown |

Debtor    __NexxLinx Corporation, Inc._____    Case number *(If known)* __16-61225__
Name

| | | | | |
|---|---|---|---|---|
| 55.3. | **New River Shopping Center, 1291 Hargett Street, Jacksonville, NC 28540** | Leasehold | Unknown | N/A | Unknown |
| 55.4. | **3 Godfrey Drive, Orono, ME 04473** | Leasehold | Unknown | N/A | Unknown |
| 55.5. | **The Pinnacle, Midsummer Boulevard, Milton Keynes, Bucks, MK9 1BP, United Kingdom** | Leasehold | Unknown | N/A | Unknown |
| 55.6. | **NexxLinx UK, Centre North Easat 73 Albert Road, Middlesbrough, United Kingdom** | Leasehold | Unknown | N/A | Unknown |
| 55.7. | **5 Jeanne Drive, Suite 6, Newburgh, NY 12550** | Leasehold | Unknown | N/A | Unknown |

56.    **Total of Part 9.**                                                                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                                    page 7

| Debtor | NexxLinx Corporation, Inc. | Case number *(If known)* | 16-61225 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | General intangibles, including but not limited to, intellectual property, trade names, trademarks, goodwill, web addresses and domain names relating to the business | Unknown | Unknown |
| 65. | Goodwill | | |
| | Goodwill | Unknown | Unknown |

| 66. | Total of Part 10. | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.
   ☐ Yes Fill in the information below.

| | | | Current value of debtor's Interest |
|---|---|---|---|
| 71. | Notes receivable | | |
| | Description (include name of obligor) | | |
| | None | Total face amount – doubtful or uncollectible amount = | |

| 72. | Tax refunds and unused net operating losses (NOLs) | | |
|---|---|---|---|
| | Description (for example, federal, state, local) | | |
| | Net operating loss | Tax year 2014 | $3,515,598.00 |
| | | 2015 | Unknown |
| | | 2016 | Unknown |

| 73. | Interests in insurance policies or annuities | | |
|---|---|---|---|
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | | |
| | Potential director and officer liability claims | | Unknown |
| | Nature of claim | | |
| | Amount requested | $0.00 | |

Debtor    **NexxLinx Corporation, Inc.**
Name

Case number *(If known)* **16-61225**

**Potential counterclaims/cross claims against Wilco Capital, Inc., Thermo Communications Funding, LLC, Perfetta, LLC, Joseph J. Sanders and/or Craig J. Mento**

| | |
|---|---|
| Nature of claim | |
| Amount requested | $0.00 |

Unknown

**Potential claims against Vialinx for business interruption and breach of contract**

Unknown

| | |
|---|---|
| Nature of claim | |
| Amount requested | $0.00 |

75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76.    Trusts, equitable or future interests in property

77.    Other property of any kind not already listed *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$3,515,598.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **NexxLinx Corporation, Inc.**
         Name

Case number *(If known)*  **16-61225**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,862.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $276,544.89 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,385,694.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,515,598.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,238,200.49 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,238,200.49 |

**Fill in this information to identify the case:**

Debtor name __NexxLinx Corporation, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __16-61225__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Action Capital Corporation**<br>Creditor's Name<br>Attn: Jeffrey Mitchell<br>230 Peachtree St, NW<br>Ste 1910<br>Atlanta, GA 30303 | Describe debtor's property that is subject to a lien<br>**Action asserts security interests and liens upon, *inter alia*, all acquired accounts, accounts receivable, earned but unbilled revenue, contract rights, inventory, chattel paper, documents, instruments, general intangibles, reserves, reserve accounts, rebates and all books and records (including without limitation customer lists, computer programs, print outs, and other computer material and records) pertaining to the foregoing and all proceeds of the foregoing property.** | **$3,731,363.84** | **Unknown** |

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**October 7, 2015**
Last 4 digits of account number
**ZANEX**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

| **2.2** **Branch Banking and Trust Co.**<br>Creditor's Name<br>271 17th Street, NW<br>Suite 800<br>Atlanta, GA 30363<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Creditor asserts a blanket lien on substantially all of Debtors' assets** | $529,622.55 | Unknown |

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **NexxLinx Corporation, Inc.**
_____
Name

Case number (if known)   **16-61225**

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| **October 16, 2013** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6851** | |

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$4,260,986.39** |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bell, Davis & Pitt, P.A.**<br>**100 N. Cherry Street**<br>**Suite 600**<br>**Winston Salem, NC 27101** | Line __2.2__ | 6851 |
| **Branch Banking & Trust Co.**<br>**PO Box 580393**<br>**Charlotte, NC 28258** | Line __2.2__ | 6851 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **NexxLinx Corporation, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **16-61225** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Delaware Department of Labor** **Attn: Patrice Gilliam-Johnson, Sec** **4425 North Market Street** **Wilmington, DE  19801** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |
| **2.2** | **Delaware Division of Revenue** **Attn: Patrick Carter, Director** **Carvel State Office Building** **820 North French Street** **Wilmington, DE  19801** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |
| **2.3** | **Dept. of Justice, Tax Division** **CTS, Southern Reg.** **P.O. Box 14198** **Washington, DC 20044** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| Debtor | NexxLinx Corporation, Inc. | | Case number (if known) | 16-61225 |
|---|---|---|---|---|
| | Name | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Labor**
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Dept of Revenue**
**Bankruptcy Section**
1800 Century Blvd NE Ste 17200
Atlanta, GA 30345-3206

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
401 W. Peachtree Street NW
Stop 334-D
Atlanta, GA 30308

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|---|---|---|---|

Name

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180,685.35 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maine Department of Labor**
**Attn: Jeanne Paquette, Comm'r**
**45 Commerce Drive**
**Augusta, ME 04330**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maine Revenue Services**
**Attn: Jerome D. Gerard, Ex Dir**
**PO Box 9107**
**Augusta, ME 04332-9107**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept of Revenue**
**PO Box 25000**
**Raleigh, NC 27640-0700**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept of Labor**
**Attn: Cherie Berry, Comm'r**
**4 W Edenton Street**
**Raleigh, NC 27601**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|--------|----------------------------|------------------------|----------|
| | Name | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Texas Comptroller Public Accts**
Attn: Glenn Hegar
111 East 17th Street
Austin, TX 78774

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ☑ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Texas Workforce Division**
Attn: Andres Alcantar, Chmn
101 E 15th Street
Austin, TX 78777

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ☑ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,059,055.14 |

**5 Paces Ventures, LP**
3495 Buckhead Loop
#260130
Atlanta, GA 31126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADP Benefit Services**
PO Box 842875
Boston, MA 02284-2875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.66 |

**ADP, Inc**
P.O. Box 842875
Boston, MA 02284-2875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $797.15 |

**Alpha Graphics Duluth**
3075 Breckinridge Blvd.
Suite 445
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|---|---|---|---|
| | Name | | |

### 3.5

**Nonpriority creditor's name and mailing address**

American Funds US Investment
c/o IVG Inst Funds GmbH RE Cap
114 West 47th St, 23rd Floor
New York, NY 10036-1508

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$101,451.50**

### 3.6

**Nonpriority creditor's name and mailing address**

American Support LLC
P.O. Box 864808
Orlando, FL 32886-4808

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

### 3.7

**Nonpriority creditor's name and mailing address**

Ascentium Capital, LLC
23970 US 59 North
Kingswood, TX 77339

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

### 3.8

**Nonpriority creditor's name and mailing address**

AT&T 8002-952-7530
PO Box 5019
Carol Stream, IL 60197-5019

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,834.40**

### 3.9

**Nonpriority creditor's name and mailing address**

AT&T Duluth
P.O. Box 105262
Atlanta, GA 30348-5262

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$575.13**

### 3.10

**Nonpriority creditor's name and mailing address**

AT&T Global Network Services
PO Box 5091
Carol Stream, IL 60197-5091

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$13,471.12**

### 3.11

**Nonpriority creditor's name and mailing address**

Atkins Systems
PO Box 777
Holly Springs, GA 30142-0777

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

### 3.12

**Nonpriority creditor's name and mailing address**

ATL Communications
56825 Venture Lane
Suite 110
Sunriver, OR 97707

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$894.53**

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Atlantic Capital**
3565 Piedmont Road
Suite 100
Atlanta, GA 30305

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,826.86 |
|---|---|---|---|

**Benefit Alternatives, Inc.**
902 Macy Dr
Roswell, GA 30076

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BHS Hire, Inc.**
3565 Piedmont Road
Suite 107
Atlanta, GA 30305

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.49 |
|---|---|---|---|

**Blanchard Stein & Stein**
Blanchard Law Group
3311 East Pico Boulevard
Los Angeles, CA 90023

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,702.75 |
|---|---|---|---|

**Blue Cross Blue Shield of GA**
2012 Corporate Lane
Suite 108
Naperville, IL 60563

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Bobby Dodd Enterprises, Inc.**
2120 Marietta Blvd NW
Atlanta, GA 30318

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,506.20 |
|---|---|---|---|

**Broad Voxgo, LLC**
Network Billings
PO Box 74301
Cleveland, OH 44194-4301

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | NexxLinx Corporation, Inc. | | Case number (if known) | 16-61225 |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,976.13 |
|---|---|---|---|

**CBRE Inc**
**Location Code 2167**
**P.O. Box 406588**
**Atlanta, GA 30384-6588**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CCI Network**
**155 N 400 W**
**Suite 100**
**Salt Lake City, UT 84103**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**CD Murry & Company**
**2249 Bradley Ave. SE**
**Atlanta, GA 30316**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656,690.77 |
|---|---|---|---|

**CenturyLink**
**100 CenturyLink Drive**
**Monroe, LA 71203**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,381.55 |
|---|---|---|---|

**CertiPay**
**199 Ave B NW**
**Ste 270**
**Winter Haven, FL 33881**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,694.20 |
|---|---|---|---|

**Chamberlain, Hrdlicka ,White**
**191 Peachtree St., NE**
**Thirty-fourth Floor**
**Atlanta, GA 30303**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.97 |
|---|---|---|---|

**Charter Communications**
**P.O. Box 742615**
**Cincinnati, OH 45274-2615**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | NexxLinx Corporation, Inc. | | Case number (if known) | 16-61225 |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,357.20 |
|---|---|---|---|

**Cisco Systems Capital Corp**
**Property Tax Alliance Inc**
**P.O. Box 311746**
**New Braunfels, TX 78131-1746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Citrix Online, LLC**
**File 50264**
**Los Angeles, CA 90074-0264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coface North America Ins. Co.**
**E.W. Droppa & Associates LLC**
**4 Glyndon Drive Suite 2L**
**Baltimore, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243,750.00 |
|---|---|---|---|

**Coffeen, William**
**15 Lost Meadows**
**East Sandwich, MA 02537**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,945.02 |
|---|---|---|---|

**Colliers International**
**Ste 800 Attn: Corporate Acctin**
**1230 Peachtree Street NE**
**Atlanta, GA 30309-3574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colo Properties - Dallas**
**PO Box 10167**
**Uniondale, NY 11555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.27 |
|---|---|---|---|

**Colonial Life**
**Premium Processing**
**P.O. Box 903**
**Columbia, SC 29202-0903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    NexxLinx Corporation, Inc.
_____          Case number (if known)    16-61225
          Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Comcast**
P.O. Box 530098
Atlanta, GA 30353-0098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,800.00 |

**CompliancePoint**
4400 River Green Parkway
Suite 100
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,411,793.70 |

**Contact Solutions, LLC**
Access National Bank FBO
PO Box 221374
Chantilly, VA 20151

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ☑ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,494.83 |

**Cresa Atlanta**
3475 Piedmont Road
Suite 900
Atlanta, Ga 30305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Deltek Inc**
P.O. Box 79581
Baltimore, MD 21279-0581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DPM CARE OF ATLANTA**
128 REGIONAL PARK DR
KINGSPORT, TN 37661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,387.24 |

**Elarbee Thompson Sapp & Wilson**
229 Peachtree Street NE
800 International Tower
Atlanta, GA 30303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **NexxLinx Corporation, Inc.**
Name

Case number (if known)    16-61225

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673.35 |
|---|---|---|---|

**Entek**
5177 Bellewood Court
Suite A
Buford, GA 30518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,442.30 |
|---|---|---|---|

**EverBank Commercial Finance**
10 Waterview Boulevard
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,568.00 |
|---|---|---|---|

**eVerifile.com Inc.**
900 Circle 75 Parkway
Ste 1550
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.49 |
|---|---|---|---|

**FedEx-Ohio**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**First Insurance Funding Corp**
P.O. Box 66468
Chicago, IL 60666-0468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,383.00 |
|---|---|---|---|

**Frazier & Deeter, LLC**
1230 Peachtree Street NE
Suite 1500
Atlanta, GA 30309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,100.00 |
|---|---|---|---|

**Galati, Diane**
145 Distillery Path
Newburgh, NY 12550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.57 |
|---|---|---|---|

**Gas South**
P.O. Box 530552
Atlanta, GA 30353-0552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **NexxLinx Corporation, Inc.**                                    Case number (if known)    **16-61225**
_____
Name

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Georgia PowerCompany**
96 Annex
Atlanta, GA 30396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Global Crossing Telecom.**
PO Box 741276
Cincinnati, OH 45274-1276

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greater Georgia Life**
PO Box 281487
Atlanta, GA 30384-1487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,889.53 |
|---|---|---|---|

**Gryphon Networks Corp.**
Box 83372
Woburn, MA 01813-3372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hanover Insurance**
PO Box 580045
Charlotte, NC 28258-0045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Hogan, James**
PO Box 116452
Atlanta, GA 30368-6452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463,000.00 |
|---|---|---|---|

**Holzthum, Karl**
11 Riddle Hill Road
Falmouth, MA 02540

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I2 Office Ltd.**
Royal Bank of Scotland
402 Lower 12th Street
Central Milton Keynes MK9 3LF

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,540.80 |
|---|---|---|---|

**Imagene Consulting, Inc.**
325 Stonebrier Lane
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,870.00 |
|---|---|---|---|

**inConcert USA**
8500 West Flagler St.
Ste B-208
Miami, FL 33144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,993.91 |
|---|---|---|---|

**Indeed Inc**
Mail Code 5160
PO Box 660367
Dallas, TX 75266-0367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**INOC LLC**
500 SKOIE BLVD, SUITE 380
NORTHBROOK, IL 60062-4125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.66 |
|---|---|---|---|

**Insight Investments**
611 Anton Blvd.
Suite 700
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ironwood Insurance Services**
3715 Northside Parkway NW
Suite 1-500
Atlanta, GA 30327-2868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,643.00 |
|---|---|---|---|

**Jackson EMC**
P.O. Box 100
Jefferson, GA 30549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | NexxLinx Corporation, Inc. | | Case number (if known) | 16-61225 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,102.38 |
|---|---|---|---|
| | **KBA Self Funded**<br>**PO Box 1843**<br>**Indianapolis, IN 46206-1843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,047.61 |
|---|---|---|---|
| | **Key Equipment Finance**<br>**11030 Circle Point Rd**<br>**2nd Floor**<br>**Westminster, CO 80020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | **Kirk Consulting Group, Inc**<br>**P.O. Box 403**<br>**Tallahassee, FL 32302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,302.77 |
|---|---|---|---|
| | **Lorenz Office GmbH & Co. KG**<br>**vertreten durch d. Lorenz Office**<br>**Verwaltungs GmbH**<br>**d. ver-tr.d.d. Geschaftsfuhrerin**<br>**Monika Frenzel**<br>**Dr.-Kurt-Schumacher-Str. 16**<br>**90402 Nurnberg** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,999.00 |
|---|---|---|---|
| | **LoSardo, Valerie**<br>**7 Colleen Lane**<br>**Walkill, NY 12589** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114,000.00 |
|---|---|---|---|
| | **McIlwaine, John**<br>**8575 High Hampton Chase**<br>**Alpharetta, GA 30022** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,205,000.00 |
|---|---|---|---|
| | **Mento, Craig**<br>**2660 Peachtree Road**<br>**#5H**<br>**Atlanta, GA 30305** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☑ Yes | |

---

| Debtor | NexxLinx Corporation, Inc. | | Case number (if known) | 16-61225 |
|---|---|---|---|---|
| | Name | | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $709.00 |
|---|---|---|---|

**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Minerva Trust Co. Ltd.**
**Trustee for Centre Unit Trust**
**43/45 La Motte Street**
**St. Helier, Jersey JE4 8SD**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MNT Gruppe**
**170 W. Tasman Drive**
**MS SJ13-3**
**San Jose, CA 95134**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,936.00 |
|---|---|---|---|

**moBack, Inc.**
**1250 Oakmead Parkway**
**Suite #310**
**Sunnyvale, CA 94085**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.00 |
|---|---|---|---|

**MobiNue LLC**
**3500 Lenox Road**
**Suite 1500**
**Atlanta, GA 30326**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,407.60 |
|---|---|---|---|

**Navis Pack and Ship Center**
**9232 Research Blvd**
**Aust in, TX 78758**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,420.87 |
|---|---|---|---|

**Network Billing Systems, LLC**
**DBA Fusion**
**P.O. Box 714251**
**Cincinnati, OH 45271-4251**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **NexxLinx Corporation, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (if known)   **16-61225**

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,618.28 |

**Nexus IS Inc**
**1801 W Olympic Blvd**
**File 1522**
**Pasadena, CA 91199-1522**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,096.69 |

**Nitel, Inc.**
**Department 4929**
**Carol Stream, IL 60122-4929**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464,381.27 |

**Offshore Solutions, LLC**
**4102 S 1900 W**
**Roy, UT 84067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**One Beacon**
**3625 Cumberland Blvd.**
**Suite C100**
**Atlanta, GA 30339**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,458.96 |

**Paetec**
**301 N Main Street**
**Greenville, SC 29601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,986.88 |

**PDME INC**
**1120 TORO GRANDE DR**
**SUITE 208**
**CEDAR PARK, TX 78613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,195.30 |

**Piedmont Center 1-4 LLC**
**3575 Piedmont Rd NE**
**Atlanta, GA 30305**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,898.13 |
|---|---|---|---|

**Pipkins, Inc**
14515 North Outer 40 Drive
Suite 130
Chesterfield, MO 63017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Portside Printer Cartridges**
7903 Hogan Dr
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,261.99 |
|---|---|---|---|

**Presidio Technology Capital**
Two Sun Court
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Principal Financial Group**
P.O. Box 10372
Des Moines, IA 50306-0372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,745.52 |
|---|---|---|---|

**Putnam, Grady**
24976 Pot Bunker Way
Millsboro, DE 19966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,636.47 |
|---|---|---|---|

**QTS**
12851 Foster St
Overland Park, KS 66213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,146.00 |
|---|---|---|---|

**Quarterman, D. Alan**
3565 Piedmont Road
Suite 104
Atlanta, GA 30305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Robins, Eskew, Smith & Jordan**
4185 Silver Peak Parkway
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **NexxLinx Corporation, Inc.** | | Case number *(if known)* | **16-61225** |
|---|---|---|---|---|
| | Name | | | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,500.00 |
|---|---|---|---|

**Santafede, Jan**
245 Royal Bluff Rd
Jacksonville, NC 28540

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,711.40 |
|---|---|---|---|

**Savilinix**
74 Orion Street
Unit 2, Suite 300
Brunswick, ME 04011

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHI International Corp**
PO Box 952121
Dallas, TX 75395-2121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,091.00 |
|---|---|---|---|

**SHI International Corp (PA)**
1111 Old Eagle School Road
Wayne, PA 19087

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,279.56 |
|---|---|---|---|

**SHI International Corp (TX)**
PO Box 952121
Dallas, TX 75395-2121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,125.00 |
|---|---|---|---|

**SHL US Inc.**
PO Box 512641
Philadelphia, PA 19175-2641

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,829.15 |
|---|---|---|---|

**SKILLSOFT CORPORATION
DBA SKILLSOFT DIRECT**
107 NORTHEASTERN BLVD
NASHUA, NH 03062

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.00 |
|---|---|---|---|

**Sritek Inc**
3120 Hudson Crossing
Building #D, Suite # 1
McKinney, TX 75070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.00 |
|---|---|---|---|

**Stinson Leonard Street**
**Accounting Department**
**P.O. Box 843052**
**Kansas City, MO 64184-3052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Susquehanna Commercial Finance**
**2 Country View Road**
**Suite 300**
**Malvern, PA 19355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,544.00 |
|---|---|---|---|

**Sutherland, Asbill & Brennan**
**999 Peachtree Stree NE**
**Atlanta, GA 30309-3996**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890.00 |
|---|---|---|---|

**T & G Plumbing**
**255 Shoal Creek Road**
**Locust Grove, GA 30248**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,288.71 |
|---|---|---|---|

**Telx-Dallas, LLC**
**PO Box 10157**
**Uniondale, NY 11555**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301,311.36 |
|---|---|---|---|

**Thermo Communications Funding**
**c/o Seth Block, EVP**
**639 Loyola Ave., Suite 2565**
**New Orleans, LA 70113**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiger Financial**
**14755 Preston Rd, Ste 410**
**Dallas, TX 75254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **NexxLinx Corporation, Inc.**
Name

Case number *(if known)*  **16-61225**

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.22 |
|---|---|---|---|

**TMobile**
PO Box 742596
Cincinnati, OH 45274-2596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TollFreeForwarding.com**
9841 Airport Blvd
9th Floor
Los Angeles, CA 90045-5421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**TOUCHPOINTE**
101 W OHIO ST SUITE 2000
INDIANAPOLIS, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,952.54 |
|---|---|---|---|

**TW Telecom**
PO Box 910182
Denver, CO 80291-0182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304.50 |
|---|---|---|---|

**Twilio, Inc**
Dept LA 23938
Pasandena, CA 91185-3938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

**Ultimate Experience**
1590 Somerset Vale Ct
Lawrenceville, GA 30044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,569.27 |
|---|---|---|---|

**United Maintenance, Inc**
3687 McElroy Road
Atlanta, GA 30340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Verizon 586756638-00001**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    NexxLinx Corporation, Inc.

Name

Case number (if known)    16-61225

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776,223.50 |
|---|---|---|---|

Vialinx, SA
Zona Franca America
Edificio C-7, 3er Piso
San Francisco de Heredia, CR 40103

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Vision Financial Group Inc
615 Iron City Dr
Pittsburgh, PA 15205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,098.25 |
|---|---|---|---|

VPI, Inc
160 Camino Ruiz
Camarillo, CA 93012-6700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Wells Fargo Bank
1021 East Cary Street
7th Floor
Richmond, VA 23219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,075.00 |
|---|---|---|---|

Wells Fargo Financial Leasing
800 Walnut Street
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,513.00 |
|---|---|---|---|

Western Equipment Finance
503 Highway 2 West
Devils Lake, ND 58301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335,977.55 |
|---|---|---|---|

Wilco Capital, Inc.
c/o Ron Williamson, Pres.
104 23rd Street South, Ste 150
Birmingham, AL 35233

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,208.00 |
|---|---|---|---|

Williams, Kim
6059 Village on the Green
Carrabessett, ME 04947

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | NexxLinx Corporation, Inc. | Case number (if known) | 16-61225 |
|---|---|---|---|
| | Name | | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew Thompson**<br>**Smith Gambrell Russell**<br>1230 Peachtree St, Suite 3100<br>Atlanta, GA 30309 | Line _3.120_<br>☐ Not listed. Explain ____ | — |
| 4.2 | **Andrew Tuck**<br>**Alston & Bird LLP**<br>1201 W. Peachtree St, Ste 4900<br>Atlanta, GA 30309 | Line _3.18_<br>☐ Not listed. Explain ____ | — |
| 4.3 | **Frank DeBorde**<br>**1600 Atlanta Financial Center**<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326 | Line _3.122_<br>☐ Not listed. Explain ____ | — |
| 4.4 | **Frank DeBorde**<br>**1600 Atlanta Financial Center**<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326 | Line _3.106_<br>☐ Not listed. Explain ____ | — |
| 4.5 | **Internal Revenue Service**<br>**Insolvency Unit**<br>401 W Peachtree St, Stop 334-D<br>Atlanta, GA 30308 | Line _2.8_<br>☐ Not listed. Explain ____ | — |
| 4.6 | **John Porter**<br>**1050 Crown Pointe Parkway**<br>**Suite 1250**<br>Atlanta, GA 30338 | Line _3.55_<br>☐ Not listed. Explain ____ | — |
| 4.7 | **Raymond DiCamillo**<br>**Richards, Layton & Finger, PA**<br>920 North King Street<br>Wilmington, DE 19801 | Line _3.36_<br>☐ Not listed. Explain ____ | — |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 180,685.35 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,367,149.15 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,547,834.50 |

---

**Fill in this information to identify the case:**

Debtor name    **NexxLinx Corporation, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **16-61225**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or
     lease is for and the nature of
     the debtor's interest

       State the term remaining

     List the contract number of any
       government contract

**See Attachment G**

Attachment G – Executory Contracts and Unexpired Leases

| Name and Mailing Address | Description |
|---|---|
| Piedmont Center, 1-4 LLC<br>c/o Northwestern Investment Management Co.<br>5 Concourse Parkway<br>Suite 2410<br>Atlanta, Georgia 30328<br>Attn:  Director Asset Management | Commercial Office Lease<br>Two Piedmont Center<br>3565 Piedmont Road, NE<br>Suite 310<br>Atlanta, Georgia 30305 |
| IVG Institutional Funds GMBH<br>As Nominee for American Fund-O1K<br>c/o Real Estate Capital Partners<br>114 West 47th Street<br>23rd Floor<br>New York, New York 10036-1508 | Commercial Office Lease<br>Building 200 of Breckinridge Place<br>3100 Breckinridge Boulevard<br>Duluth, Georgia 30096 |
| Peterson Properties LLC<br>P.O. Box 5608<br>Cary, North Carolina 27512-5608 | Commercial Office Lease<br>New River Shopping Center<br>1291 Hargett Street<br>Jacksonville, North Carolina 28540 |
| L.E. Springer, Inc.<br>15 Meadow Lane<br>Brewer, Maine 04412 | Commercial Office Lease<br>3 Godfrey Drive<br>Orono, Maine 04473 |
| I2 Office Ltd.<br>Royal Bank of Scotland<br>402 Lower 12th Street<br>Central Milton Keynes, Buckinghamshire<br>MK9 3LF | Commercial Office Lease<br>The Pinnacle<br>Midsummer Boulevard<br>Milton Keynes, Bucks<br>MK9 1BP<br>United Kingdom |
| Atlantic Capital<br>3565 Piedmont Road<br>Suite 100<br>Atlanta, GA 30305 | Debtor subleases Suite 100 at<br>Piedmont Center to Atlantic Capital |
| BHS Hire, Inc.<br>3565 Piedmont Road, Suite 107<br>Atlanta, GA 30305 | Debtor subleases Suite 107 at<br>Piedmont Center to BHS Hire, Inc. |

| Name and Mailing Address | Description |
|---|---|
| Minerva Trust Company Limited and Minerva Services Limited As Trustees for The Centre Unit Trust 43/45 La Motte Street St. Helier, Jersey JE4 8SD | Commercial Office Lease NexxLinx UK Centre North East 73 Albert Road Middlesbrough |
| AMAR LLC 5 Jeanne Drive Suite 7 Newburgh, New York 12550 | Commercial Office Lease 5 Jeanne Drive Suite 6 Newburgh, New York 12550 |
| Tiger Financial, LLC 14755 Preston Road Suite 410 Dallas, Texas 75254 | Lease of Cisco equipment subject to Master Agreement No. 7001 dated April 23, 2013 |
| EverBank Commercial Finance, Inc. 10 Waterview Boulevard Parsippany, NJ 07054 | Lease of Presidio computer equipment |
| Ascentium Capital, LLC 23970 US 59 North Kingwood, TX 77339 | Lease for generator |
| Presidio Technology Capital, LLC Two Sun Court Norcross, GA 30092 | Lease for computer equipment and software |
| Western Equipment Finance, Inc. 503 Highway 2 West Devils Lake, ND 58301 | Equipment lease |
| Susquehanna Commercial Finance, Inc. 2 Country View Road Suite 300 Malvern, PA 19355 | Lease for office furniture |
| Wells Fargo Financial Leasing 800 Walnut Street Des Moines, LA 50309 | Lease for computer equipment |

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205

Lease for computer equipment and software

SHI International Corp
1111 Old Eagle School Road
Wayne, PA 19087

Lease for Symantec computer equipment and software

Offshore Solutions, LLC
Focus Services, Inc.
4102 S 1900 W
Roy, UT 84067

Statement of Work with subcontractor to provide labor for customer care agreement

NexxLinx UK
3565 Piedmont Road, Suite 104
Atlanta, GA 30305

Management agreement

NexxLinx Gmbh
3565 Piedmont Road, Suite 104
Atlanta, GA 30305

Management agreement

In addition to the contracts and leases listed above, the Debtors have a number of Customer Care Agreements with their customers which they maintain in the ordinary course of business.

**Fill in this information to identify the case:**

Debtor name __NexxLinx Corporation, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __16-61225__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|----------------------------------|
| 2.1 | Craig Mento | 2660 Peachtree Road, #5H<br>Atlanta, GA 30305 | Action Capital Corporation | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Craig Mento | 2660 Peachtree Road, #5H<br>Atlanta, GA 30305 | Branch Banking and Trust Co. | ☑ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | CustomerLinx of North Carolina | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Action Capital Corporation | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | CustomerLinx of North Carolina | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Branch Banking and Trust Co. | ☑ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Microdyne Outsourcing, Inc. | 3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Action Capital Corporation | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

Debtor   NexxLinx Corporation, Inc.                                    Case number *(if known)*   _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| 2.6 | Microdyne Outsourcing, Inc. | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | Branch Banking and Trust Co. | ☑ D __2.2__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.7 | NexxLinx Global, Inc. | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | Action Capital Corporation | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.8 | NexxLinx Global, Inc. | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | Branch Banking and Trust Co. | ☑ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.9 | NexxLinx of New York, Inc. | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | Action Capital Corporation | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.10 | NexxLinx of New York, Inc. | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | Branch Banking and Trust Co. | ☑ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.11 | NexxLinx of Texas, Inc. | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | Action Capital Corporation | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.12 | NexxLinx of Texas, Inc. | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | Branch Banking and Trust Co. | ☑ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.13 | D. Alan Quarterman | 3565 Piedmont Road, NE Building 2, Suite 104 Atlanta, GA 30305 | CertiPay | ☐ D ____ ☑ E/F __3.24__ ☐ G ____ |

Official Form 206H                              Schedule H: Your Codebtors                              Page 2 of 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **NexxLinx Corporation, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)     **16-61225**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................. $     8,238,200.49

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $     8,238,200.49

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     4,260,986.39

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $      180,685.35

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$     8,367,149.15

4. Total liabilities .................................................................................
   Lines 2 + 3a + 3b                                                                          $    12,808,820.89

**Fill in this information to identify the case:**

Debtor name **NexxLinx Corporation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __7/12/2016__          X /s/ D. Alan Quarterman
                                    Signature of individual signing on behalf of debtor

                                    **D. Alan Quarterman**
                                    Printed name

                                    **CEO**
                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re    __NexxLinx Corporation, Inc.__        Case No.   __16-61225__

                               Debtor(s)                  Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a retainer | $ | **25,098.95*** |
| Prior to the filing of this statement I have received as a retainer | $ | **25,098.95*** |
| Balance Due | $ | **0.00** |

2.   $__1,717.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ☑ Debtor     ☐ Other (specify):     **NexxLinx Corporation, Inc.**

4.   The source of compensation to be paid to me is: **Any or all of the jointly administered Debtors listed below.**

      ☑ Debtor     ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: **Allowed fees and expenses which exceed the retainer.**

    **The retainer of $25,098.95 has been provided on a consolidated basis for the following jointly administered Debtors: NexxLinx Corporation, Inc.; NexxLinx Global, Inc.; NexxLinx of New York, Inc.; NexxLinx of Texas, Inc.; CustomerLinx of North Carolina, Inc.; and Microdyne Outsourcing, Inc.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__7/12/16__                                 __/s/ Ashley R. Ray__
*Date*                                         **Ashley Reynolds Ray 601559**
                                              *Signature of Attorney*
                                              **Scroggins & Williamson, P.C.**
                                              **4401 Northside Parkway**
                                              **Suite 450**
                                              **Atlanta, GA 30327**
                                              **404-893-3880  Fax: 404-893-3886**
                                              **centralstation@swlawfirm.com**
                                              *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia

In re  NexxLinx Corporation, Inc.

Debtor(s)

Case No.  16-61225

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  NexxLinx Corporation, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

5 Paces Ventures, LP                              88.61% Ownership Interest
3495 Buckhead Loop
#260130
Atlanta, GA  31126

7/12/16

Date

/s/ Ashley R. Ray

Ashley Reynolds Ray 601559

Signature of Attorney or Litigant
Counsel for  NexxLinx Corporation, Inc.

Scroggins & Williamson, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327
404-893-3880 Fax:404-893-3886
centralstation@swlawfirm.com

# United States Bankruptcy Court
## Northern District of Georgia

| In re | NexxLinx Corporation, Inc. | Case No. | 16-61225 |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 5 Paces Ventures, LP<br>3495 Buckhead Loop<br>#260130<br>Atlanta, GA 31126 | | | 88.61% Shareholder |
| Dale A. Prouty<br>c/o Tri Alpha Energy<br>27211 Burbank<br>Foothill Ranch, CA 92610 | | | 0.09% Shareholder |
| Deltech Ventures<br>c/o Jay Delahanty, Agent<br>481 Hammond Street<br>Chestnut Hill, MA 02467 | | | 0.18% Shareholder |
| Global Telecom Services<br>c/o Alan Pearce, PhD<br>4530 Dexter Street, NW<br>Washington, DC 20007-1115 | | | 0.31% Shareholder |
| James J. Valentine<br>c/o Analyst Solutions<br>3 West End Avenue<br>Old Greenwich, CT 06870 | | | 0.76% Shareholder |
| Jeffrey McDermott<br>c/o Westbury Group LLC<br>39 Riverside Avenue<br>Westport, CT 06880 | | | 0.92% Shareholder |
| Karen Ruckman<br>PO Box 32066<br>Washington, DC 20007 | | | 0.18% Shareholder |
| Larry Pressler<br>800 25th Street, NW<br>Suite 504<br>Washington, DC 20037 | | | 0.04% Shareholder |
| Louise Marie Crumpson<br>c/o Jeff McDermott<br>39 Riverside Avenue<br>Westport, CT 06880 | | | 0.05% Shareholder |

In re:  **NexxLinx Corporation, Inc.** _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marconi Pacific Ventures**<br>**Marconi Pacific, LLC**<br>**3809 Woodbine Street**<br>**Chevy Chase, MD 20815** | | | **0.68% Shareholder** |
| **SAC Capital Management**<br>**540 Madison Avenue**<br>**New York, NY 10022** | | | **7.86% Shareholder** |
| **Segal Holdings, Inc.**<br>**Attn: Robert R. Segal**<br>**27 Skymeadow Road**<br>**Suffern, NY 10901-2520** | | | **0.35% Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **7/12/16** _____     Signature  **/s/ D. Alan Quarterman** _____
                                               **D. Alan Quarterman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.