

**IT IS ORDERED as set forth below:**

**Date: April 19, 2017**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | CASE NUMBER: |
| **NEXXLINX CORPORATION, INC.,** *et al.*, | 16-61225-PMB |
| Debtors. | CHAPTER 11 |

### ORDER EXTENDING EXCLUSIVE PERIOD
### TO SOLICIT ACCEPTANCE OF CHAPTER 11 PLAN TO APRIL 30, 2017

The Debtors filed a *Second Motion for Entry of an Order Extending the Exclusive Period in Which Debtors May Solicit Acceptance of Chapter 11 Plan* (Docket No. 290) on March 24, 2017 (the "Motion"). The Motion was granted by Order entered on March 27, 2017 (Docket No. 291) (the "Order"), subject to objections filed on or before March 31, 2017. Pursuant to the Order, if an objection was timely filed, the Motion would be scheduled for a hearing. The Results Companies LLC timely filed an objection on March 31, 2017 (Docket No. 297) (the "Objection").

The Court held a hearing on the Motion and the Objection on April 19, 2017 at 9:30 a.m. At the hearing, counsel for the Results Companies LLC announced the withdrawal of the

Objection.

Accordingly, it is

**ORDERED** that, as provided in the Order, the exclusive period in which the Debtors may solicit acceptance of its Chapter 11 plan of reorganization is **EXTENDED** until April 30, 2017.

The Clerk is directed to serve copies of this Order upon counsel for the Debtors, counsel for The Results Companies, LLC, counsel for the Official Committee of Unsecured Creditors, and the Acting United States Trustee.

**[END OF DOCUMENT]**