**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| NEXXLINX CORPORATION, INC., ) | |
| *et al.* ) | CASE NO 16-61225-pmb |
| ) | Jointly Administered Cases[1] |
| Debtors. ) | |

**OBJECTION TO LEVEL 3 COMMUNICATIONS, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(1)(A)**

COMES NOW Trustee Tamara Miles Ogier (hereinafter "Trustee"), who files this Objection to Level 3 Communications, LLC's Motion for Allowance and Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1)(A) [Docket No. 476] ("the Motion") and who shows the Court as follows:

Level 3 Communications, LLC ("Level 3") seeks an allowed administrative expense claim in the amount of $10,280.54 for the period from June 28, 2016 through January 8, 2018. However, the Motion has two flaws. First, it does not delineate between a Chapter 7 and a Chapter 11 administrative expenses. Next, despite the fact that Level 3 is seeking an allowed administrative expense, the invoices attached to the Motion cover prepetition, Chapter 11, Chapter 7, and post service termination time periods.

An analysis of the invoices shows as follows:

---

[1] All of the Debtors include NexxLinx Corporation, Inc., Case No. 16-61225; NexxLinx Global, Inc., Case No. 16-61233; NexxLinx of New York, Inc., Case No. 16-61234; NexxLinx of Texas, Inc., Case No. 16-61236; CustomerLinx of North Carolina, Inc., Case No. 16-61229, and Microdyne Outsourcing Inc., Case No. 16-61231.

-1-

-2-

| dates of service | total invoice | chapter | pre-petition | Ch 11 admini | Ch 7 admini | not owed |
|---|---|---|---|---|---|---|
| 5/17/17 - 6/16/17 | $ 1,264.51 | all prepetition | $ 1,264.51 | | | |
| 6/17/17 - 6/27/17 | | 11 days prepetition | $ 463.65 | | | |
| 6/28/17 - 7/16/17 | $ 1,264.51 | 19 days during 11 | | $ 800.86 | | |
| 7/17/17 - 8/16/17 | $ 1,264.51 | all during 11 | | $ 1,264.51 | | |
| 8/17/17 - 9/16/17 | $ 1,264.51 | all during 11 | | $ 1,264.51 | | |
| 9/17/17 - 10/16/17 | $ 1,264.62 | all during 11 | | $ 1,264.62 | | |
| 10/17-17 - 11/12/17 | | 26 days during 11 | | $ 1,096.00 | | |
| 11/13/17 - 11/16/17 | $ 1,264.62 | 4 days during 7 | | | $ 168.62 | |
| 11/17/17 - 12/16/17 | $ 1,264.62 | all during 7 | | | $ 1,264.62 | |
| 12/17/17 - 1/16/18 | | 23 days during 7 | | | $ 938.27 | |
| | $ 1,264.62 | 8 days after service terminated | | | | $ 326.35 |
| | $ 10,116.52 | | $ 1,728.16 | $ 5,690.50 | $ 2,371.50 | $ 326.35 |
| | | | total prepetition claim | total chapter 11 admini expense | total chapter 7 admini expense | total not owed |

Given the relevant dates of service as set forth in the chart above, it appears that Level 3 is entitled to a general unsecured prepetition claim in the amount of $1,728.16, a Chapter 11 administrative expense claim of $5,690.50, and a Chapter 7 administrative expense claim of $2,371.50.

WHEREFORE, for the foregoing reasons, Trustee requests that this Honorable Court:

1. Deny Level 3's Motion for an administrative expense claim of $10,280.54;

2. Find that Level 3 has a general unsecured prepetition claim in the amount of $1,728.16, a Chapter 11 administrative expense claim of $5,690.50, and a Chapter 7 administrative expense claim of $2,371.50; and

-3-

    **3.** Grant such further and other relief as this Court deems just and equitable.

Respectfully submitted, this 6th day of July, 2018.

                                    OGIER, ROTHSCHILD & ROSENFELD, P.C.

                            By: /s/ *Tamara Miles Ogier*
                                    Tamara Miles Ogier
                                    Georgia Bar No. 550355
                                    Attorneys for Claimant

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
tmo@orratl.com

-4-

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Objection to Level 3 Communications, LLC's Motion for Allowance and Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1)(A) by depositing them in the United States Mail, postage prepaid and addressed to:

United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

NexxLinx Corporation, Inc.
3565 Piedmont Road NE
Bldg 2, Suite 104
Atlanta, GA 30305

Roberto Bazzani
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Bradley S. Wolff
Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3231

Dated: July 6, 2018

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Tamara Miles Ogier*
Tamara Miles Ogier
Georgia Bar No. 550355

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
tmo@orratl.com

-4-