UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NEXXLINX CORPORATION, INC., | ) | CASE NO. 16-61225-PMB |
| *et al.*, | ) | Jointly Administered Cases[1] |
| | ) | |
| Debtor. | ) | |

## WITHDRAWAL OF PROOF OF CLAIM NO. 54 FILED BY ACTION CAPITAL CORPORATION

COMES NOW, Action Capital Corporation, and, by and through its undersigned counsel of record, hereby withdraws its Proof of Claim No. 54 filed on October 17, 2016.

Respectfully submitted, this **29th** day of **June, 2021**.

/s/ John A. Thomson, Jr.
John A. Thomson, Jr.
Georgia State Bar No. 706760

For the Firm of
ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: john.thomson@arlaw.com
Attorneys for Action Capital Corporation

---

[1] All of the Debtors include Nexxlinx Corporation, Inc., Case No. 16-61225-PMB; Customerlinx of North Carolina, Inc., Case No. 16-61229-PMB; Microdyne Outsourcing, Inc., Case No. 16-61231-PMB; Nexxlinx Global, Inc., Case No. 16-61233-PMB; Nexxlinx of New York, Inc., Case No. 16-61234-PMB; Nexxlinx of Texas, Inc., Case No. 16-61236-PMB; Nexxphase, Inc., Case No. 16-62269-PMB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NEXXLINX CORPORATION, INC., | ) | CASE NO. 16-61225-PMB |
| *et al.*, | ) | Jointly Administered Cases[2] |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **Withdrawal of Proof of Claim No. 54 Filed by Action Capital Corporation** was sent electronically via this Court's CM/ECF System upon registered users and via First Class U.S. Mail, postage prepaid, to those parties listed below on this the 29th day of June, 2021.

| | |
|---|---|
| NexxLinx Corporation, Inc.<br>3565 Piedmont Road, NE<br>Building 2, Suite 104<br>Atlanta, GA 30305 | Roberto Bazzani<br>Scroggins & Williamson, P.C.<br>One Riverside, 4401 Northside Parkway<br>Suite 450<br>Atlanta, GA 30327 |
| Ashley Reynolds Ray<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, GA 30327<br>Email: aray@swlawfirm.com | J. Robert Williamson<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, GA 30327<br>Email: rwilliamson@swlawfirm.com |
| Mark I. Duedall<br>Bryan Cave Leighton Paisner LLP<br>One Atlantic Center - 14th Floor<br>1201 W. Peachtree Street, NW<br>Atlanta, GA 30309-3488<br>Email: Mark.Duedall@bclplaw.com | Tamara Miles Ogier<br>Ogier Rothschild & Rosenfeld, PC<br>P. O. Box 1547<br>Decatur, GA 30031<br>Email: tmo@orratl.com |

---

[2] All of the Debtors include Nexxlinx Corporation, Inc., Case No. 16-61225-PMB; Customerlinx of North Carolina, Inc., Case No. 16-61229-PMB; Microdyne Outsourcing, Inc., Case No. 16-61231-PMB; Nexxlinx Global, Inc., Case No. 16-61233-PMB; Nexxlinx of New York, Inc., Case No. 16-61234-PMB; Nexxlinx of Texas, Inc., Case No. 16-61236-PMB; Nexxphase, Inc., Case No. 16-62269-PMB

| Kathleen Steil<br>Ogier, Rothschild & Rosenfeld, P.C.<br>P.O. Box 1547<br>Decatur, GA 30031<br>Email: ks@orratl.com | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>Email: lindsay.p.kolba@usdoj.gov |
|---|---|
| Jason A. Morris<br>Carlton Fields, P.A.<br>1201 West Peachtree Street<br>Suite 3000<br>Atlanta, GA 30309<br>Email: jmorris@carltonfields.com | |

This 29th day of June, 2021.

/s/ John A. Thomson, Jr.
John A. Thomson, Jr.
Georgia State Bar No. 706760

For the Firm of
ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: john.thomson@arlaw.com
Attorneys for Action Capital Corporation