FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-61225 | | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|---|
| Case Name: | NEXXLINX CORPORATION, INC. | | | Date Filed (f) or Converted (c): | 11/13/2017 (c) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 12/12/2017 |
| | | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bank of America Checking 8524 | $16,266.66 | $0.00 | | $0.00 | FA |
| 2 | Bank of America Checking 7190 | $3,961.61 | $0.00 | | $0.00 | FA |
| 3 | Bank of America Checking 7174 | $1,402.23 | $0.00 | | $0.00 | FA |
| 4 | Branch Banking & Trust Co. 2567 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Branch Banking & Trust Co. 3768 | $15,659.97 | $0.00 | | $0.00 | FA |
| 6 | Branch Banking & Trust Co. | $15,572.22 | $0.00 | | $0.00 | FA |
| 7 | Branch Banking & Trust Co. 2153 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 9/22/09 - Peterson Properties LLC - Deposit for 1291 Hargett Street | $20,625.00 | $20,625.00 | | $0.00 | FA |
| 9 | 11/2/09 - Peterson Properties LLC - Security Deposit Remainder | $20,625.00 | $20,625.00 | | $0.00 | FA |
| 10 | 1/15/10 - Progress Energy | $3,087.00 | $3,087.00 | | $0.00 | FA |
| 11 | 1/21/10 - City of Jacksonville (Water) - Activation of Water and Sewer Service for 1291 Hargett Street | $310.00 | $310.00 | | $0.00 | FA |
| 12 | 8/10/10 - Progress Energy - Electric Deposit | $1,929.00 | $1,929.00 | | $0.00 | FA |
| 13 | 2/9/12 - Progress Energy - Increase in deposit Amount | $2,387.00 | $2,387.00 | | $0.00 | FA |
| 14 | 4/2/12 - North Industrial Development Corp - First Month's Rent Deposit for New Building | $26,360.00 | $26,360.00 | | $0.00 | FA |
| 15 | 4/2/12 - North Industrial Development Corp - Last Month's Rent Deposit for New Building | $29,062.50 | $29,062.50 | | $0.00 | FA |
| 16 | 2/21/13 - Central Hudson Gas 8670 0851 02-4 - Deposit for NexxLinx 139 West Street, Building 3, Newburgh, NY 12550 | $2,726.00 | $2,726.00 | | $0.00 | FA |
| 17 | 5/2/13 - Business Park Investors - Deposit with Business Park Investment, Norcross | $6,919.00 | $6,919.00 | | $0.00 | FA |
| 18 | 5/13/13 - Riva Rentals Rotterdam - Deposit for Apartment in Rotterdam - 1,850.00 Euros | $2,508.97 | $2,508.97 | | $0.00 | FA |
| 19 | 10/4/13 - IVG Institutional Funds GMBH-Breckinridge - One-Half Security Deposit for 3100 Breckinridge | $26,080.73 | $26,080.73 | | $0.00 | FA |
| 20 | 12/10/13 - BBS Nurmberg Buro und Business Serv - Deposit on Nurmberg Office | $4,598.14 | $4,598.14 | | $0.00 | FA |

Case 16-61225-pmb   Doc 592   Filed 07/20/22   Entered 07/20/22 16:15:42   Desc
Page 2 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 16-61225 | Trustee Name: | Tamara Miles Ogier |
| Case Name: | NEXXLINX CORPORATION, INC. | Date Filed (f) or Converted (c): | 11/13/2017 (c) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 12/12/2017 |
| | | Claims Bar Date: | 03/14/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | 3/5/14 - Jackson EMC - Deposit for Duluth Location | $13,000.00 | $13,000.00 | | $0.00 | FA |
| 22 | 9/16/14 - City of Jacksonville (Water) - Deposit for 1235 Hargett Street Location | $150.00 | $150.00 | | $0.00 | FA |
| 23 | 9/16/14 - Duke Energy Progress - Deposit for 1235 Hargett Street | $682.00 | $682.00 | | $0.00 | FA |
| 24 | 3/31/15 - Centre Unit Trust Rent Collection Account 7894 gbp | $8,005.57 | $8,005.57 | | $0.00 | FA |
| 25 | 4/3/15 - Vision Financial Lease - Vision Financial Lease 414501-01 | $53,926.42 | $53,926.42 | | $0.00 | FA |
| 26 | 4/30/15 - Vision Financial Lease - Vision Financial Lease 414503-02 | $6,273.90 | $6,273.90 | | $0.00 | FA |
| 27 | 7/31/15 - The Centre Unit Trust - Office Rent at Middlesbrough | $17,369.80 | $17,369.80 | | $0.00 | FA |
| 28 | 5/11/16 - Central Hudson Gas 8656 0365 05-7 - Deposit for 5 Jeanne Drive, Suite 5, NY | $300.00 | $300.00 | | $0.00 | FA |
| 29 | Coface - Policy NXL1-488108502 | $9,062.50 | $9,062.50 | | $0.00 | FA |
| 30 | Ironwood Insurance Serv - Hanover - Crime | $3,222.00 | $3,222.00 | | $0.00 | FA |
| 31 | Ironwood Insurance Serv - AIG D&O Coverage | $1,380.06 | $1,380.06 | | $0.00 | FA |
| 32 | Ironwood Insurance Serv - Illinois Union Ins Co - Professional Liability | $3,625.13 | $3,625.13 | | $0.00 | FA |
| 33 | Skillsoft Corp - Licensing & Software Fee | $8,829.17 | $8,829.17 | | $0.00 | FA |
| 34 | Accounts Receivable (90 days or less) | $3,720,875.04 | $3,720,875.04 | | $349,440.86 | FA |
| Asset Notes: | All A/R are reported on a consolidated basis for the six co-debtor entities | | | | | |
| 35 | Accounts Receivable (over 90 days) | $664,819.87 | $664,819.87 | | $0.00 | FA |
| Asset Notes: | All A/R are reported on a consolidated basis for the six co-debtor entities | | | | | |
| 36 | SaviLinx (19% Ownership) | Unknown | $0.00 | | $0.00 | $800,000.00 |
| Asset Notes: | value unknown | | | | | |
| 37 | NexxLinx Global, Inc (100% Ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Value Unknown | | | | | |
| 38 | CustomerLinx of North Carolina, Inc. (100% of ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Value Unknown | | | | | |
| 39 | Microdyne Outsourcing (100% of ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Value Unknown | | | | | |

Case 16-61225-pmb    Doc 592    Filed 07/20/22    Entered 07/20/22 16:15:42    Desc
Page 3 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3

| Case No.: | 16-61225 | | | Trustee Name: | Tamara Miles Ogier |
| Case Name: | NEXXLINX CORPORATION, INC. | | | Date Filed (f) or Converted (c): | 11/13/2017 (c) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 12/12/2017 |
| | | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40  NexxLinx of New York, Inc. (100% ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 41  NexxLinx of Texas, Inc. (100% of ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 42  NexxLinx UK (100% of ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 43  NexxLinx Germany GmbH (100% of ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 44  NexxPhase (100% of ownership) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 45  General office Furniture | $2,500.00 | $0.00 | | $0.00 | FA |
| 46  Computers and equipment | $5,000.00 | $5,000.00 | OA | $0.00 | FA |
| 47  Software | $0.00 | $0.00 | | $0.00 | FA |
| 48  Two Piedmont Center, 3565 Piedmont Rd NE, Suite 310, Atlanta, GA 30305 (Leasehold) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 49  Building 200 of Breckinridge Place, 3100 Breckinridge Boulevard, Duluth, GA 30096 (Leasehold) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 50  New River Shopping Center, 1291 Hargett Street, Jacksonville, NC 28540 (Leasehold) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 51  3 Godfrey Drive, Orono, ME 04473 (Leasehold) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 52  The Pinnacle, Midsummer Boulevard, Milton Keynes, Bucks, MK9 1BP, United Kingdom (Leasehold) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |
| 53  NexxLinx UK, Centre North East 73 Albert Road, Middlesbrough, United Kingdom (Leasehold) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:     Value Unknown | | | | | |

Case 16-61225-pmb   Doc 592   Filed 07/20/22   Entered 07/20/22 16:15:42   Desc
Page 4 of 13

FORM 1
Page No: 4
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 16-61225 | | | Trustee Name: | Tamara Miles Ogier |
| Case Name: | NEXXLINX CORPORATION, INC. | | | Date Filed (f) or Converted (c): | 11/13/2017 (c) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 12/12/2017 |
| | | | | Claims Bar Date: | 03/14/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 54 | 5 Jeanne Drive, Suite 6, Newburgh, NY 12550 (Leasehold) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value Unknown | | | | | |
| 55 | General intangibles, including but not limited to, Intellectual Property, trade names, trademarks, goodwill, web addresses and domain names relating to the business | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value Unknown | | | | | |
| 56 | Net Operating Loss 2014 | $3,515,598.00 | $0.00 | | $0.00 | FA |
| 57 | Net Operating Loss 2015 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value Unknown | | | | | |
| 58 | Net Operating Loss 2016 | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value Unknown | | | | | |
| 59 | Potential director and officer liability claims | Unknown | $8,000,000.00 | | $725,000.00 | FA |
| 60 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value Unknown | | | | | |
| 61 | Potential Claims against Vialinx for business interruption and breach of contract | Unknown | $508,248.80 | | $0.00 | FA |
| **Asset Notes:** | Value Unknown | | | | | |
| 62 | DIP operating account (u) | $0.00 | $5,623.65 | | $5,623.65 | FA |
| 63 | various preferences (u) | Unknown | $500,000.00 | | $114,540.51 | FA |
| 64 | restitution owed from Shane Baily Goodwin and Rebecca Lee Goodwin (u) | $0.00 | $180,735.07 | | $9,108.08 | $171,626.99 |
| 65 | excess retainer GGG (u) | $0.00 | $5,660.24 | | $5,660.24 | FA |
| 66 | Texas tax refund (u) | $0.00 | $41,923.27 | | $41,923.27 | FA |
| 67 | Goodwill | Unknown | $0.00 | | $0.00 | FA |
| 68 | Contents of the storage unit located at 1230 Gum Branch Road, in Jacksonville, NC 28540 | Unknown | $0.00 | OA | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Asset** |
|---|---|---|---|---|---|
| | $8,234,700.49 | $13,905,930.83 | | $1,251,296.61 | $971,626.99 |

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 16-61225 | | Trustee Name: | Tamara Miles Ogier |
| Case Name: | NEXXLINX CORPORATION, INC. | | Date Filed (f) or Converted (c): | 11/13/2017 (c) |
| For the Period Ending: | 06/30/2022 | | §341(a) Meeting Date: | 12/12/2017 |
| | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

The Trustee is working with special counsel in an effort to liquidate remaining assets and is undertaking claims review.

| Initial Projected Date Of Final Report (TFR): | 06/30/2021 | Current Projected Date Of Final Report (TFR): | 06/30/2023 | /s/ TAMARA MILES OGIER |
| | | | | TAMARA MILES OGIER |

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-61225 | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | NEXXLINX CORPORATION, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4061 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2017 | (34) | Scroggins & Williamson | turnover of funds from DIP counsel | 1121-000 | $30,000.00 | | $30,000.00 |
| 12/07/2017 | (62) | Wells Fargo | turnover of DIP account proceeds | 1290-000 | $5,623.65 | | $35,623.65 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $46.35 | $35,577.30 |
| 01/04/2018 | 1001 | International Sureties, Ltd. | Bond Payment 016027955 | 2300-000 | | $12.86 | $35,564.44 |
| 01/10/2018 | (34) | Duke Energy | a/r | 1121-000 | $5,451.66 | | $41,016.10 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $63.63 | $40,952.47 |
| 02/22/2018 | (34) | Ironwood | a/r | 1121-000 | $359.67 | | $41,312.14 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $59.82 | $41,252.32 |
| 03/01/2018 | (34) | Ironwood Ins Svcs | a/r | 1121-000 | $2,878.00 | | $44,130.32 |
| 03/02/2018 | (34) | OB Services | a/r | 1121-000 | $24,109.10 | | $68,239.42 |
| 03/02/2018 | (34) | OB Services | a/r | 1121-000 | $3,675.25 | | $71,914.67 |
| 03/02/2018 | 1002 | Ogier, Rothschild & Rosenfeld, P.C. | expenses order - doc no 444 | 2990-000 | | $5,897.50 | $66,017.17 |
| 03/02/2018 | 1003 | Ogier, Rothschild & Rosenfeld, P.C. | expenses order - doc no 444 | 2990-000 | | $6,561.00 | $59,456.17 |
| 03/21/2018 | (34) | Blue Cross Blue Shield | insurance turnover | 1121-000 | $29.26 | | $59,485.43 |
| 03/21/2018 | (34) | Blue Cross Blue Shield | insurance turnover | 1121-000 | $66.57 | | $59,552.00 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $100.24 | $59,451.76 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $89.74 | $59,362.02 |
| 05/24/2018 | (34) | Ironwood Insurance | insurance turnover | 1121-000 | $400.75 | | $59,762.77 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $95.95 | $59,666.82 |
| 06/27/2018 | 1004 | Angelia Austin | Fees - Order docket No 489 | 6410-003 | | $5,587.50 | $54,079.32 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $96.28 | $53,983.04 |
| 07/02/2018 | (63) | Pipkins, Inc. | full payment of preference demand | 1241-000 | $22,022.44 | | $76,005.48 |
| 07/02/2018 | (64) | United States Treasury | restitution payment | 1221-000 | $5,898.00 | | $81,903.48 |
| 07/12/2018 | 1004 | STOP PAYMENT: Angelia Austin | fees - Order docket No 489 | 6410-004 | | ($5,587.50) | $87,490.98 |
| 07/12/2018 | 1005 | Angelia Austin | Fees - Order docket No 489 | 6410-000 | | $5,587.50 | $81,903.48 |

**SUBTOTALS**   $100,514.35   $18,610.87

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-61225 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | NEXXLINX CORPORATION, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4061 | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $130.81 | $81,772.67 |
| 08/09/2018 | (34) | FedEx | a/r | 1121-000 | $4.10 | | $81,776.77 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $144.73 | $81,632.04 |
| 09/13/2018 | (63) | InContact | payment in full of preference demand against VPI, Inc. | 1241-000 | $16,468.07 | | $98,100.11 |
| 10/24/2018 | (34) | Blue Cross Blue Shield | premium refund | 1121-000 | $1,848.71 | | $99,948.82 |
| 10/24/2018 | (34) | Blue Cross Blue Shield | premium refund | 1121-000 | $3,063.38 | | $103,012.20 |
| 12/06/2018 | (63) | Elarbee Thompson Sapp | preference settlement - order docket no 520 | 1241-000 | $9,000.00 | | $112,012.20 |
| 12/06/2018 | (63) | Bernard, LLC | preference settlement - order docket no 518 | 1241-000 | $4,500.00 | | $116,512.20 |
| 12/07/2018 | (34) | OB Services | a/r | 1121-000 | $61.00 | | $116,573.20 |
| 12/26/2018 | (63) | Bernard, LLC | preference settlement - order doc no 520 | 1241-000 | $4,500.00 | | $121,073.20 |
| 12/31/2018 | (63) | Bernard, LLC | preference settlement - order doc no 520 | 1241-000 | ($4,500.00) | | $116,573.20 |
| 12/31/2018 | | Green Bank fee (to be reversed) | bank service fees to be reversed | 2600-000 | | $7.00 | $116,566.20 |
| 01/02/2019 | | Green Bank | bank service fees reversed | 2600-000 | | ($7.00) | $116,573.20 |
| 01/04/2019 | (64) | US Treasury | restitution | 1221-000 | $300.00 | | $116,873.20 |
| 01/04/2019 | 1006 | Liberty Mutual Insurance Company | Bond Payment | 2300-000 | | $174.72 | $116,698.48 |
| 01/11/2019 | (63) | Digital Realty Trust, LP | preference settlement - order doc no 524 | 1241-000 | $2,500.00 | | $119,198.48 |
| 01/15/2019 | (63) | Bernard, LLC | preference settlement - Order doc no 520 | 1241-000 | $4,500.00 | | $123,698.48 |
| 01/15/2019 | (63) | Key Equipment Finance | preference settlement - order doc no 524 | 1241-000 | $18,750.00 | | $142,448.48 |
| 01/17/2019 | (63) | Amar - official check | preference settlement - order doc no 524 (Amar) | 1241-000 | $8,800.00 | | $151,248.48 |
| 01/17/2019 | (65) | GGG Partners LLC | turnover of excess retainer | 1221-000 | $5,660.24 | | $156,908.72 |
| 03/01/2019 | (66) | Texas Comptroller of Public Accounts | tax refund | 1224-000 | $41,923.27 | | $198,831.99 |
| 04/05/2019 | (63) | Bobby Dodd Enterprises | preference settlement - order doc no 529 | 1241-000 | $7,500.00 | | $206,331.99 |
| 06/24/2019 | (63) | Texas Comptroller of Public Accounts | preference settlement - order doc no 536 | 1241-000 | $12,500.00 | | $218,831.99 |
| 09/04/2019 | (64) | United States Treasury | restitution payment | 1221-000 | $800.00 | | $219,631.99 |
| 01/15/2020 | 1007 | Liberty Mutual Insurance Company | Bond Payment | 2300-000 | | $160.87 | $219,471.12 |

**SUBTOTALS** $138,178.77   $611.13

**FORM 2** Page No: 3
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-61225 | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | NEXXLINX CORPORATION, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4061 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2020 | 1007 | VOID: Liberty Mutual Insurance Company | bond payment | 2300-003 | | ($160.87) | $219,631.99 |
| 01/16/2020 | 1008 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $160.87 | $219,471.12 |
| 01/17/2020 | (63) | Offshore Solutions LLC | Offshore preference - order doc no 548 | 1241-000 | $8,000.00 | | $227,471.12 |
| 05/18/2020 | 1009 | Ogier, Rothschild & Rosenfeld, P.C. | Order - docket no 558 | * | | $108,985.68 | $118,485.44 |
| | | | Order - docket no 558          ($105,810.50) | 3110-000 | | | $118,485.44 |
| | | | Order - docket no 558          ($3,175.18) | 3120-000 | | | $118,485.44 |
| 05/18/2020 | 1010 | Stonebridge Accounting & Forensics | Order - docket no 558 | * | | $52,026.09 | $66,459.35 |
| | | | Order - docket no 558          ($51,739.50) | 3410-000 | | | $66,459.35 |
| | | | Order - docket no 558          ($286.59) | 3420-000 | | | $66,459.35 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $110.70 | $66,348.65 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $100.15 | $66,248.50 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $106.90 | $66,141.60 |
| 01/20/2021 | 1011 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $140.53 | $66,001.07 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $106.71 | $65,894.36 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $96.04 | $65,798.32 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $106.17 | $65,692.15 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $109.42 | $65,582.73 |
| 05/06/2021 | (59) | AMERICAN INTERNATIONAL GROUP | Settlement - order docket no 571 | 1149-000 | $650,000.00 | | $715,582.73 |
| 05/12/2021 | (59) | Five Paces | Settlement - order docket no 571 | 1149-000 | $25,000.00 | | $740,582.73 |
| 05/12/2021 | (59) | Five Paces | Settlement - order docket no 571 | 1280-002 | $25,000.00 | | $765,582.73 |
| 05/13/2021 | (59) | DAVID ALAN QUARTERMAN | Settlement - order docket no 571 | 1149-000 | $50,000.00 | | $815,582.73 |
| 05/19/2021 | 1012 | Five Paces Ventures LP | over payment of settlement amount - verified ability to pay without court order with J. Treace | 1280-002 | ($25,000.00) | | $790,582.73 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,080.23 | $789,502.50 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,234.22 | $788,268.28 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,313.06 | $786,955.22 |
| | | | | **SUBTOTALS** | **$733,000.00** | **$165,515.90** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 16-61225 | | Trustee Name: | Tamara Miles Ogier |
| --- | --- | --- | --- | --- |
| Case Name: | NEXXLINX CORPORATION, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4061 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2021 | 1013 | My Benefits, LLC | Order, doc no 589 | 2990-000 | | $10,900.00 | $776,055.22 |
| 08/09/2021 | (64) | United States Treasury | restitution payment | 1221-000 | $2,110.08 | | $778,165.30 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,216.71 | $776,948.59 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,213.31 | $775,735.28 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,251.80 | $774,483.48 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,209.46 | $773,274.02 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,247.83 | $772,026.19 |
| 01/06/2022 | 1014 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $271.21 | $771,754.98 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,245.74 | $770,509.24 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,123.04 | $769,386.20 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,241.55 | $768,144.65 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,239.55 | $766,905.10 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,197.63 | $765,707.47 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,195.76 | $764,511.71 |

**SUBTOTALS** $2,110.08 $24,553.59

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 16-61225 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | NEXXLINX CORPORATION, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4061 | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $973,803.20 | $209,291.49 | $764,511.71 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $973,803.20 | $209,291.49 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $973,803.20 | $209,291.49 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 12/07/2017 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,110.08 | Total Compensable Receipts: | $973,803.20 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,110.08 | Total Comp/Non Comp Receipts: | $973,803.20 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,866.65 | Total Compensable Disbursements: | $209,291.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,866.65 | Total Comp/Non Comp Disbursements: | $209,291.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 16-61225 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | NEXXLINX CORPORATION, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4061 | Checking Acct #: | ******2502 |
| Co-Debtor Taxpayer ID #: | | Account Title: | possible collateral |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2018 | (34) | Action Capital | a/r | 1121-000 | $276,766.31 | | $276,766.31 |
| 07/02/2018 | (34) | Blue Cross Blue Shield of GA | premium refund | 1121-000 | $727.10 | | $277,493.41 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $462.23 | $277,031.18 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $418.20 | $276,612.98 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $446.36 | $276,166.62 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $445.64 | $275,720.98 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $401.87 | $275,319.11 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $444.28 | $274,874.83 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $457.87 | $274,416.96 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $414.25 | $274,002.71 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $427.89 | $273,574.82 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $455.70 | $273,119.12 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $426.51 | $272,692.61 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $425.84 | $272,266.77 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $439.35 | $271,827.42 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $424.49 | $271,402.93 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $437.96 | $270,964.97 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $437.25 | $270,527.72 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $394.30 | $270,133.42 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $435.91 | $269,697.51 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $435.21 | $269,262.30 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $420.49 | $268,841.81 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $419.83 | $268,421.98 |

**SUBTOTALS**     $277,493.41     $9,071.43

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| | |  | |
|---|---|---|---|
| **Case No.** | 16-61225 | **Trustee Name:** | Tamara Miles Ogier |
| **Case Name:** | NEXXLINX CORPORATION, INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4061 | **Checking Acct #:** | ******2502 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | possible collateral |
| **For Period Beginning:** | 07/01/2021 | **Blanket bond (per case limit):** | $31,475,000.00 |
| **For Period Ending:** | 06/30/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $277,493.41 | $9,071.43 | $268,421.98 |
| | | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | | **Subtotal** | $277,493.41 | $9,071.43 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $277,493.41 | $9,071.43 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 06/25/2018 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $277,493.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $277,493.41 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,152.84 | Total Compensable Disbursements: | $9,071.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,152.84 | Total Comp/Non Comp Disbursements: | $9,071.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 8

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No. | 16-61225 | Trustee Name: | Tamara Miles Ogier |
| Case Name: | NEXXLINX CORPORATION, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4061 | Checking Acct #: | ******2502 |
| Co-Debtor Taxpayer ID #: | | Account Title: | possible collateral |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,251,296.61 | $218,362.92 | $1,032,933.69 |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 06/25/2018 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,110.08 | Total Compensable Receipts: | $1,251,296.61 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,110.08 | Total Comp/Non Comp Receipts: | $1,251,296.61 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $31,019.49 | Total Compensable Disbursements: | $218,362.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,019.49 | Total Comp/Non Comp Disbursements: | $218,362.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TAMARA MILES OGIER

TAMARA MILES OGIER